FILED
UNITED STATES DIST~ ~I COURT
DENVER, COLORADO

FEB 0 7 2025

JEFFREY P. COLWELL
CLERK

**In and for United States District Court of Colorado, Denver, CO**

**Joseph D Gilberti PE**, a licensed Professional          Case: _____
Engineer in the State of Florida,

    Petitioner(s),                                        **DEMAND FOR JURY TRIAL**

v.

**Richard Bruce (Dick) Cheney**, George W. Bush, Judge Donna Marie Padar, World Economic Forum, World Bank Group (The International Bank for Reconstruction and Development (IBRD) and the International Development Association (IDA), New Development Bank (BRICS BANKS), William Jefferson (Bill) Clinton, James Amschel Victor Rothschild, Nicholas David Rothschild, Lady Lynn Forester de Rothschild, "The Holy See" (The Vatican City State), David Mayer de Rothschild, Archdiocese of Venice, Archdiocese of Washington, The Catholic Diocese of Colorado Springs, National Football League (NFL), National Basketball Association (NBA), Major League Baseball (MLB), National Association for Stock Car Auto Racing (NASCAR), Mary Ross Agosta, Barron Trump, Attorney Ryan Snyder, Judge Stephen Walker, Blackstone Inc., State Street Corporation, Morgan Stanley, Apollo Global Management Inc., Goldman Sachs Group Inc., JPMorgan Chase Bank National Association (JPMCB), JPMorgan Chase & Co., Vice President James David Vance, Melania Trump, New York University, University of Washington, University of Colorado Boulder, Colorado College, Colorado State University, Colorado School of Mines, Lara Trump, US Congressman Vern Buchanan, Al Gore, Eric Trump, Emma Gonzales, Ivanka Trump, Andrew Rosin PA, Judge Hunter Carroll, Donald Trump Jr., Marjorie Stoneman Douglas School, Judge Omar A. Williams, Governor Gavin Newsom, Governor Kathy Hochul, Sheriff Scott Israel, Judge James Dominguez, Judge Caroyln Delano, Town of Royal Palm Beach, Port Everglades, Judge James Conrad, Judge Mark Wolfe, Palm Beach County Board of County Commissioners, Judge Kimberly Carlton Bonner, Lee Pallardy, Broward County Board of County Commissioners, Thomas Howze, National Sheriff's Association, Town of Royal Beach, Lee County Board of County Commissioners, City of West Palm Beach, City of Boca Raton, City of Miami, Miami Port Authority, 12th Judicial Circuit of Florida, 13th Judicial Circuit of Florida, Sheriff Chad Chronister, Sarasota County Board of County Commissioners, Dade County Board of County Commissioners, Hillsborough County Board of County Commissioners, South Florida Water Management District, Benderson Development, U.S. Congress, Pennsylvania Department of Environmental Protection Agency, Colorado Department of Public Health and Environment, Bankruptcy Trustee Luis Rivera, Edward J. DeBartolo, Southwest Florida Water Management District, Tampa Central Command MacDill Air Force Base, Metropolitan Planning Council, Matt Gaetz, Judge Thomas Krug, Central Intelligence Agency (CIA), Jeff Bezos, Warren Buffet, Judge Maria Ruhl, Judge Don T. Hall, Judge James Parker, South Florida Regional Planning Council, Judge Dana Moss, Judge George A. O'Toole Jr., Southwest Florida Regional Planning Council, Rockefeller Group International, inc., Judge McHugh, Judge Darrin P. Gayles, Judge Jose E. Martinez, Judge Laura Taylor Swain, Rockefeller Capital Management, State Attorney Ed Brodsky, Judge Juan Merchan, Treasure Coast Regional Planning Council, Judge Charles Williams, Judge Thomas Barber, City of Cape Coral, City of Naples, City of Fort Myers, Judge Geoffrey H. Gentile, Judge Martin Fein, Seminole Tribe Hard Rock Casino, Judge Sheri Polster Chappell, Judge Elizabeth Scherer, City of Parkland, David Hogg, Judge Loren AliKhan, Manatee County Board of County Commissioners, Town of Davy, Nikolas Cruz, Judge Martha Pacold, Sheriff Carmine Marceno, Sheriff Kurt Hoffman, Florida Department of Environmental Protection, Greenberg Traurig Law, Judge Ketanji Brown Jackson, Florida Department of Law Enforcement, Judge Liam O' Grady, Federal Bureau of Investigation (FBI), Michael Waltz, Judge Madeline Cox Arleo, Elon Musk, Senator Marco Rubio, Susie Wiles, Judge Donald M. Middlebrooks, Judge David S Leibowitz, Rudy Giuliani, Yale University, Ron DeSantis, Judge Aileen Cannon, Rockefeller Financial Services, Donald J. Trump, Harvard

University, Ohio State University, Ariana Rockefeller, Valerie Rockefeller, Archdiocese of Los Angeles,
Archdiocese of Baltimore, State Attorney Thomas Widen, Archdiocese of Philadelphia, Archdiocese of
Miami, Archdiocese of New York, Pope Francis Jorge Mario Bergoglio, Archdiocese of Newark,
Archdiocese of Boston, Nancy Pelosi, Hillary Clinton, William Jefferson (Bill) Clinton, Barrack Obama,
Michelle Obama, Governor Josh Shapiro, Governor Wes Moore, Florida State University, Kamala Harris,
Tim Waltz, Philadelphia City Council, Pennsylvania State Police, Christopher Shaw, Attorney General
Ashley Moody, US Department of Transportation, Department of Interior, Sheila Sanghvi, Mayor Eric
Adams, Council of National Defense, New York City Council, New York Port Authority, Washington
Public Ports Association, Senator Rick Scott, United States Geological Survey, The Washington Post,
University of Miami, Cleveland City Council, ExxonMobil, The Rockefeller Foundation, Scott Freyre,
Environmental Protection Agency (EPA), Army Corps of Engineers, Pennsylvania State University,
Natural Resources Defense Council, The U.S. Surgeon General, National Security Council, Department
of State, Benderson Development, US National Guard, Human Health and Services, Pete Hegseth, Kristi
Noem, John Ratcliffe, Tulsi Gabbard, Lee Zeldin, Elise Stefanik, Robert F. Kennedy Jr. , Doug Burgum,
Doug Collins, Chris Wright, James Blair, Taylor Budowich, Stephen Miller, Dan Scavino, Thomas
Homan, Bill McGinley, Steven Cheung, Karoline Leavitt, Will Scharf, Sergio Gor, Vivek Ramaswamy,
Brendan Carr, Howard Lutnick, Linda McMahon, Sean Duffy, Dean John Sauer, Todd Blanche, Steven
Witkoff, Michael Huckabee, Marjorie Taylor Greene, Wink News, Mosaic Fertilizer, Pfizer
Pharmaceutical Industry Company, United Nations, Bill Gates, Mark Zuckerberg, Canadian National
Railway, CSX Transportation Inc., BlackRock Inc., US Congressman Byron Donalds, Attorney Alvin
Bragg, AG Letitia James, Baltimore City Council, Archdiocese of Indianapolis, Ney York Department of
Environmental Protection (NYDEP), Judge Paul Diamond, Department of Government Efficiency
(DOGE), Archdiocese of Los Angeles, Archdiocese of San Francisco, Washington State Department of
Ecology, Washington City Council, Governor of Alabama, Governor of Alaska, Governor of Arizona,
Governor of Arkansas, Governor of California, Governor of Colorado, Governor of Connecticut,
Governor of Delaware, Governor of Florida, Governor of Georgia, Governor of Hawaii, Governor of
Idaho, Governor of Illinois, Governor of Indiana, Governor of Iowa, Governor of Kansas, Governor of
Kentucky, Governor of Louisianna, Governor of Maine, Governor of Maryland, Governor of
Massachusetts, Governor of Michigan, Governor of Minnesota, Governor of Mississippi, Governor of
Missouri, Governor of Montana, Governor of Nebraska, Governor of Nevada, Governor of New
Hampshire, Governor of New Jersey, Governor of New Mexico, Governor of New York, Governor of
North Carolina, Governor of North Dakota, Governor of Ohio, Governor of Oklahoma, Governor of
Oregon, Governor of Pennsylvania, Governor of Rhode Island, Governor of South Carolina, Governor of
South Dakota, Governor of Tennessee, Governor of Texas, Governor of Utah, Governor of Vermont,
Governor of Virginia, Governor of Washington,  Governor of West Virginia, Governor of Wisconsin,
Governor of Wyoming,
And THE PENTAGON.

    Defendant(s).

_____/

## COMPLAINT

*Mass Torts, Racketeering Influence and Corruption Organization, Negligence, Fraud on United States of
America and its Primary Water Supply from Earth's Core Found by Plaintiff and timed Terrorism to
Subdue Engineer of Record with HR 5736* **Conspiracy per Title 18 US Code, 241 & 242**

    Comes Now, the Plaintiff JOSEPH D. GILBERTI JR. PE, PLAINTIFF ("PLAINTIFF") hereby sues
Defendants listed above ("Defendants") for **Terrorism against America pursuant to HR 5736 Mod of
2012, per Article 1 Section 8, Fraud, Theft, Regional Water Supply Eugenics, Racketeering, Negligence,**

**Quieting Title, Trespass and ejectment pursuant to Florida Statutes** and in support thereof, states the following:

### Jurisdiction And Venue

1. Jurisdiction of this court is invoked pursuant to (i) Article III of the United States Constitution, (ii) the provisions of 28 U.S.C. §1331, §1343(a)(3) and (4), §2201 and §2202 and 41 U.S.C. §1983, and (iii) the provisions of 28 U.S.C. §1367.

2. Venue is proper pursuant to 28 U.S.C. § 1391.

3. At all material times, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiffs' human, safety, and property rights.

4. The Plaintiff, Joseph D. Gilberti, P.E., is a natural person and professional engineer doing business on approximately 2500 acres of property and mineral rights owned by Plaintiff since 2012 in Sarasota County, Florida.

5. The Defendants are doing business in from Tampa to South Florida.

6. The Defendants, show listed Government Entities from State, Local and Federal agencies above such as but not limited to, all of which do business in the State of Florida and overall USA and other Nations.

7. Private or public traded Defendants such as but not limited to, Blackrock Corporation LLC, CSX Transportation and Seminole Gulf Railway do business in Florida.

8. Defendants, Pentagon and FBI do business in the State of Florida.

9. This Court has jurisdiction over the parties and the subject matter hereto and a potential bifurcating, Change in Venue and/or merging of existing and new Federal cases across America and Florida progress which are directly related to this case.

10. Venue is appropriate in Palm Beach County, 15th Judicial Circuit for purposes of filing and discovery due to an UNDUE INFLUENCE in West and South Florida on Plaintiff's civil rights, attacks on his Children from Schools, Cops, Secret Service, FBI, US Marshals and Sheriffs to hide the resource and deter Plaintiff from prevailing and engineering and constructing infrastructure with Primary Water to the Taps of Florida, New York, New Jersey and more, for over 10yrs using DOJ to attack THE PEOPLE and their Drinking Water Supply needs, by avoiding all discovery and requested Evidentiary

2

hearing with Professionals in Water Supply with a gang of Judges, Lawyers, attorney Politicians, Universities and Cops on the payoff books to attack all Americans.

11. Plaintiffs bring this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the First, Fourth, and Fourteenth Amendments to the United States Constitution.

12. This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343(a)(3) (civil rights); 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

13. These constitutional law violations are "capable of repetition, yet evading review." *Roe v. Wade*, 410 U.S. 113, 125 (1973) (citing *Southern Pacific Terminal Co. v. ICC*, 219 U. S. 498, 515 (1911), *Moore v. Ogilvie*, 394 U. S. 814, 816 (1969), *Carroll v. Princess Anne*, 393 U. S. 175, 178-179 (1968), *United States v. W. T. Grant Co.*, 345 U. S. 629, 632-633 (1953)).

14. THE ENGINEER was kidnapped timed with the FDEP SRF Marjorie Stoneman Douglas funding application just 17 days prior to the Marjory Stoneman Douglas Shooting in Broward where 17 were shot and 17 wounded in game tied to Smith-Mundt act where Hollywood in Los Angeles sells stories to Government to sells Manufactured news for their Propaganda agenda to attack other nations and now America since its Congressional approval under Obama in 2012 via the H.R. 5736 The Smith-Mundt Modernization Act of 2012, initiated days after our World Resource find by Tampa Central command and this Florida Enterprise of Terrorist civil servants and Developers tied to huge Corporations like Walt Disney owners, Seminole Tribe Casinos, Federal Reserve Bank and corrupt Judges in land grabs and cohersion on tax base grants for their Enterprise which includes a front called 72 Partners LLC and BFSL Holdings LLC.

## ALLEGATIONS COMMON TO ALL COUNTS

15.  Prior to July 26, 2013, Cecil Daughtrey Jr. and Patricia A. Daughtrey (collectively "Daughtrey") were the owners of the entire seven parcel property. However, on July 26, 2013, Daughtrey conveyed, via properly witnessed and executed Warranty Deed, a portion of the Property to PLAINTIFF. A true and correct copy of the Warranty Deed is attached as **EXHIBIT "A"**. Since then a State and National attack by Florida Leaders and CIA with Bush Family has taken place on Plaintiff and Americans to hide PRIMARY WATER to TAPS of Florida for 10yrs now with a barrage of attacks to subdue the Engineer of Record and Deed Holder while attacking Daughtrey land as they didnt know exactly where the resource was on the forested ranch. **We had to hide it on Civil engineering plans during these Timed Terrorism attacks, fueled by all Florida Sheriff and FBI under Title 18 Treason........to protect our fellow Americans from these US Terrorist Politicians and Lawyers in Florida, such as Greenberg Traurig and Henderson Franklin and all Sarasota Lawyers (its a gang) tied to Rothschild World Bank and a gang of Retarded Judges who lie, cheat and steal to kill children with Cancer Rates at the tap by PLAYING STUPID ON EVIDENTIARY HEARING and NOT ALLOWING ANY EVIDENCE while they attack with Desantis and Yale fools for 10yrs.**

16.  The US Congress never finished Impeachment issues that disappeared in Media spot light once a Black Harvard Terrorist President Barrack Hussain Obama and Trump replaces the last Terrorist President tied to Harvard and Yale and Defendants with Catholic Church filled with Pedophiles tied to Epstein list in Florida.

17.  George W. Bush – ex President George W. Bush who was in Sarasota Classroom day of 9-11 is into Blue Gold. See Blue Gold Bush Family and has used the Carlton Family and

72 Partners members of Notre Dame, Lee Pallardy and C1 bank/Ozark Bank Thomas Howze to pay off Judges, Clerks and Commissioners from Tampa to South Florida and up into Washington, Georgia and abroad to claim these underground resources and cases are frivolous without any Court hearings or due process. They use Smith Mundt acts and MODIFICATION in 2012 to attack Americans with the CIA and Hollywood manufactured news with this Court and many Florida courts now starting to understand this CIA highly trained and illegal coup against The Engineers rights to attack his clients and lands with Sheriffs and Judges under investigation.

18. Bush family was one of the original Presidents who created the CIA and works with Greenberg Traurig to control DOJ and more to attack Americans and their Water Supply with the DOJ and fake new or combined fake and real new timed with these cases and our permitting. The Judges avoid all due process as they are too incompetent or lazy to allow witnesses and due process.

19. Bill Clinton – Ex President associated with 72 Partners LLC, and their funders via Donnie Clark of Myakka City or Myakka Gold drug dealers. Rob Goodwin who was partners with Donnie Clark part of the same above and show a definite connection to Blue Gold Bush Family and Sarasota's 9-11 connection. See *Gilberti vs George W. Bush*, *et al* filed in New York City where THE ENGINEER now has a new project with Blue Gold from New Jersey Washington Rock to New York to save lives as the Aqua Ducts in New York can fail any day killing millions on file and sent to the mayors office and over 20 Commissioners last week.

20. 72 Partners LLC – Consist of Lee Pallardy, Thomas Howze, Kenny Harrison, and Laurence Hall. This is the front for most of the coordination with Terrorism and is a well known for Illegal activities, Title Fraud and works with Terrorism funding groups like

5

Greenberg Traurig Law and Israel Chemical/ Mosaic Phosphate or THE MOSAIC Company.

21. Christopher Shaw, Esq. (Hillsborough County ex-Public Defender – Attorney who fabricated AR-15 emails timed the Stoneman Douglas Shooting shown in Appendix under oath, to hide the Resource with Defendants at Stoneman Douglas and Media to attack America and this World underground Medicine Resource.

22. Defendant SCOTT ISRAEL ("Israel") was at all pertinent times the Broward County Sheriff and the decision maker AND timed the Shooting with Plaintiff's Marjorie Stoneman Douglas SRF funding Submittal, with a massive group of media and Political figures hiding a critical US Resource while creating Fear and Vaccinations with LIES using the Smith-Mundt Act Modifications of 2012 and 2013, and compromised the future careers and safety of the young DRAMA kids or students at Marjory Stoneman Douglas High school.

23. Defendant SCOT PETERSON ("Peterson") was at all pertinent times a Broward County deputy and was specifically tasked with protecting the Plaintiffs; even it meant risking his own life. It was and is a heroic job and one upon which people reply in the case of a life and death emergency. He was tasked with the job to protect the children at the school with the knowledge that he was possibly the only armed person in the immediate vicinity of the school. His job duties required him to run towards danger at risk of life and limb, and not to run away from danger for the sole purpose of sole-preservation. His arbitrary and conscience-shocking actions and inactions directly and predictably caused children to die, get injured, and get traumatized. Peterson is employed by the Broward County as a deputy police officer in the Marjory Stoneman Douglas High school, and at all times relevant herein was acting under the color of state law.

6

24. Some Defendants were present at Marjory Stoneman Douglas High school during the shooting , know of the timing of the US Resource to FDEP to Marjorie Stoneman Douglas and the offer at the School Board on March 20, 2018 just after the event, by the Defendant, of ONE MILLION DOLLARS for each shot survivor to show us your wounds with forensics, help open this secret resource timed on your shooting by FDEP and Florida-US Politicians and continued to hide the Resource with FDEP and Judges, US Marshals, Police and Media, for years knowing Tap water is based on Cancer and Viruses-Disease rates.   See Gilberti vs Nikolas Cruz, et al, that has started Discovery showing how the Judge Dimitrouleas is now under Federal

## NATURE OF THE ACTION

29. This is a 42 U.S. Code § 1983 federal civil rights case under the First and Fourth Amendments of the United States Constitution as applied to the States under the United States Constitution's Fourteenth Amendment for the Defendants' individual and collective personal, malicious, and unlawful violations under color of state law of Plaintiffs' individual and collective constitutional rights to free speech and protection against unreasonable search of Plaintiff's bodies as well as state tort claims for civil conspiracy. See *Gilberti vs Pentagon, et al*, in Arlington VA, Case 21-cv-680, which in includes FBI, CIA, etc., that will include this case evidence and discovery and others via *Gilberti vs CDC, et. al*, and *Gilberti vs Desantis, et al*, headed to US Supreme Court for Racketeering by Florida Department of Justice, State and US Judges, Florida Department of Law Enforcement, Florida Dept of Education & US Leaders being paid by large foreign corporations and Greenberg Traurig to time Terrorism, using FDEP and DOE agencies, and Global Corps after this resource with Florida Congress, US Presidents such as but not limited to Israel Chemical LTD/Mosaic Phosphate of Florida hiding Global

7

Water & Medicine Resources with EPA and Federal Reserve Board/Central Banks. This Resource has reading never seen on Earth that affects Medicine and National Defense.



This mask has been on the $20bill since 2003 and is part of the same Smith-Mundt Modification pattern used to subdue Engineer Gilberti with various Terrorist attacks shown in this complaint and multiple filed related cases throughout Florida and Washington DC.

30.     Defendants are working with U.S. Federal Reserve, EPA, FEMA, CDC, WHO, Hollywood Producers, Israel Mosaic Phosphate, corrupt Judges, Court clerks, law-firms, Florida leaders, EPA and foreign Terrorist to subdue Plaintiff who found a hidden underground Natural resource in Medicine, Energy and Water Supply production and National Defense. Defendants are working in a Racketeering Enterprise with Leaders, agencies and Land Developers to destroy water supply and Americans with higher rates of Cancers, Viruses and Diseases as well as destroying the Environment, Fish & Wildlife, Tourism, Jobs and Macroeconomic growth in Florida, America and abroad. **This unique property has Geological indicators that show**

8

America how to find more in days and create millions of Jobs, new medicine and economic sustainability.

31.    Below is a diagram of major concerns by thousands of citizens who asked Plaintiff to be the West Florida expert at Desoto County against this Enterprise and Mosaic Phosphate and Plaintiff was approved for said expert to protect millions of Floridian and Americans from this Enterprise.

32.    Defendants committed these unlawful violations of Plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of Plaintiff's human, safety, and property rights.

33.    A Judiciary without honesty has little chance of executing its moral and constitutional duties, no matter how many rules of ethics exist. This is especially true in America, where the judiciary is afforded wide discretion. Every decision left up to the discretion of a judge—is a potential opportunity for corruption. Today, oil, gas, minerals, drinking water and natural resources and their entitlements are often decided by judges making decisions without the ability to understand the long term engineering and infrastructure affects of hiding massive drinking water resources of the health quality. The Judges are often influenced by local Corporations, Law-firms and bribes if the stakes are so economically high in the region, no salary could compare to the monetary corrupt bribes or offers.

9



**Figure 1** – Israel Chemical LTD/Mosaic destroy massive surface rivers used for Raw Drinking Water Resources, Economy, Fish & Wildlife at West Florida Rivers with Phosphate mining with **Defendants and Agencies in Racketeering Enterprise to fill Cancer Centers with Treated Water vs Gilberti** Endless Alkaline spring water.

34.    The case involves the Defendants in a massive Enterprise which consist of Judicial courts, Judges, State attorneys, public defenders, Police officers, Utility directors, water and health agencies, hard money loan sharks, local law-firms and developers who have teamed up against THE ENGINEER to steal a hidden underground resource which more valuable that

10

Gold, in an effort to hide it and its knowledge to find more like it from THE AMERICAN PEOPLE; and keep cancer and diseases rising in the region from Water supply being treated from polluted rivers and corporate dumping at the Taps.

By this suit, Plaintiff seeks federal district court review of the federal and Florida constitutionality of Defendants' actions for both on their face and as applied, which:

(i)      Deny an impartial tribunal;

(ii)     Violate United States Code, Title 4§§101 and 102;

(iii)    Violate Florida Statute §876.05(1)

(IV)    **CRIMES OF GENOCIDE/EUGENICS**
         ***General Assembly resolution 260 A(III) of 9 December 1948 Entry into force: 12 January 1951, in accordance with article XIII***

Having considered the declaration made by the General Assembly of the United Nations in its resolution 96 (I) dated 11 December 1946 that genocide is a crime under international law, contrary to the spirit and aims of the United Nations and condemned by the civilized world, Recognizing that at all periods of history genocide has inflicted great losses on humanity, and being convinced that, in order to liberate mankind from such an odious scourge, international co-operation is required, Hereby agree as hereinafter provided:

**Article I**

The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.

**Article II**

11

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

(a) Killing members of the group;

(b) Causing serious bodily or mental harm to members of the group;

(c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

(d) Imposing measures intended to prevent births within the group;

(e) Forcibly transferring children of the group to another group.

**Article III**

The following acts shall be punishable:

(a) Genocide;

(b) Conspiracy to commit genocide;

(c) Direct and public incitement to commit genocide;

(d) Attempt to commit genocide;

(e) Complicity in genocide.

35.    THE ENGINEER brings this action against DEFENDANTS for a **Violation of RICO, 18 U.S.C. § 1961-1968, *et seq* (a), (b), (c) and (d).**  THE ENGINEER seeks damages from DEFENDANTS who are working in a massive Enterprise tied to water supply eugenics across Florida, USA and the World with the World Health Organization in MOU agreements with the Environmental Protection Agency, FDEP in Tallahassee at the Florida Marjorie Stoneman Douglas State Revolving Fund, 2001-2010 Florida Forever Trust Funds, ESLAPP in Sarasota Florida, Global Cooperative Agreements of combined Environmental and Global Healthcare sustainability crimes by essentially hiding and/or stealing secret underground critical

12

National Defense Resources of 'Blue Gold'......... or ready to drink Alkaline Spring Water from Earth not Manmade.

36.    The Defendants with other Racketeering Enterprises are manipulating the Department of Education and Courtroom Judges, Police, Fire and University personal and systems to subdue Appellant timed with civil cases, permitting, investment proposals to hide critical a unique drinking water and resource 2000ft below the plaintiff's Sarasota land, verified by third party consultants.

37.    This unique resource was hidden 50yrs by NASA and EPA, to stall new energy production resources and new science to depopulate Humanity, increase costs, pollutions, and attack THE ENGINEER from exposing the knowledge and resource to THE PEOPLE of the United States of American and Florida; preventing his ability to Due process in courtrooms, taking his 1st, 2nd, 4th, 5th, 6th, 8th and 14th Constitutional Amendments with multiple Judges in multiple jurisdictions working together to hide the US Resource for foreign corps like Israel Chemical LTD, Mosaic Phosphate and more; retroactive with the unique resource discovery. A full blown attack on the Engineer, his clients, his family, children, bank accounts, reputation and business has been taking place continuously from 2011 to present time, with fake AR-15 emails created by the Tampa State Attorney office and ex-public defenders. .

38.    Defendants are attacking a National Security resource and future Blue Gold pipeline project that produces millions in profits per day.  While damaging millions of US Citizens with lower level of service water supply from poor raw drinking water resources that are heavily treated with chemicals vs. natural endless alkaline spring water; causing higher Cancer Rates at the home and business taps, bottling plants, parks, schools, and more.  While increasing the possibilities of Viruses like Zika and Coronavirus, hiding answers to Vaccines, medicine solutions, energy solutions, and new technologies by hiding secret underground critical US

13

Resources such as this resource with never seen endless new Water mixtures that are unique to Human health.

## IV. FACTUAL ALLEGATIONS

39.    Plaintiff is located and does business within the State of Florida and United States of America.

40.    Defendants are located and do business within the State of Florida and United States of America.

41.    All defendants are State actors, and as such, the United States Constitution governs their individual and collective actions when acting on Tax payer behalf to protect the public.

42.    Defendants formal and informal policies, written or unwritten, allowed, encouraged or enabled Defendants to violate Plaintiffs' individual constitutional rights and conspire to commit these constitutional violations.

43.    This issue is a matter of great public concern. A Global hidden underground Drinking Water, new Medicine and Energy Resource has been found and is being attacked by a pool of Judges, Agency personnel, Law Firms and Court Circuits in West Florida and Washington DC to hide this critical National Defense Resource from America for foreign owned corporations infiltrating Florida Politicians, having a great impact upon Florida students, their families, and Florida's citizens.

44.    Defendants retaliated against Plaintiff who was exercising his free speech rights when Defendants in a Racketeering Enterprise to sell bottling, Cancer Centers and Pharmaceutical medicine due to Low Level of Service drinking water supply at the tap from very low level of Service RAW WATER RESOURCES. Defendants attacked his land in Sarasota,

14

his family, his clients and projects when Plaintiff was whistleblowing the US Resource with permitting submittals, mass emails, and social media posts in an effort of Redress of Grievance.

44.     Defendants illegally with falsified police reports involving AR-15 death threats to Plaintiffs 1st, 2nd, 4th, 5th, 6th, 8th and 14th Amendment rights under the United States Constitution.

45.     Plaintiffs continued to suffer Defendants' individual and collective retaliation for voicing their concerns over this unconstitutional forced low level of service of water supply causing higher cancer rates, diseases and viruses to millions of Americans in the West and South Florida Regions.

46.     These deprivations under color of state law are actionable under and may be redressed by 42 U.S.C. §1983. Plaintiffs will seek their attorneys' fees and costs under 42 U.S.C. §1988 if and when they prevail.

## V. COUNT 1 - CIVIL RIGHTS ALLEGATIONS

47.     Plaintiff sent files, plans, and readings with email copies to several recipients, local agencies, County attorneys, media and consultants, to expose this World hidden underground Resource by attaining transparency, and properly exercising his First Amendment rights.

48.     Plaintiff's civil rights, freedom, projects, incomes were attacked by Defendants, their court influences, Judges, local police, law firms with fake police reports, confessions and time terrorist attacks to raise bonds timed with civil land cases to subdue him.

49.     These court docket games with software turnover in other county circuits, timed with Judges and law-firms, who are all harboring the terrorism and hiding access to secret underground endless Oceans of unique spring to millions of Taps and Earth Science critical to Humanity. See Timeline of Events below:

50.     Below is a rough indicator of the unbelievable corruption that took place in front of everyone while they watched in fear just like the masks for the FAKE CORONVIRUS PANDEMIC by the same group and more.

## COUNT VIII – CIVIL RICO
### (CIVIL REMEDIES FOR CRIMINAL PRACTICES ACT)

51.     This is an action for damages which exceed $15,000.00, exclusive of interest, costs and attorney's fees for violation of the Civil Remedies for Criminal Practices Act ("CCFCPA").

52.     The Plaintiff re-allege the allegations contained in paragraphs 2 through 88, above, as though the same were fully set forth herein.

53.     Defendants conspired or endeavored to acquire and maintain an interest in the real property owned by the Plaintiff, through a pattern of criminal activity or through the collection of an unlawful debt and usage of US and State Tax base within a Fraudulent Transfer of over 2000 acres switched out.

54.     At all material times, Defendants were associated with an enterprise, which from approximately January, 2010 through the present has functioned as a continuing unit and has been engaged in an ongoing and continuing course of conduct with the common purpose of obtaining an ownership or other interest in the Plaintiff' land and mineral rights, and/or for the purpose of achieving or maintaining a monopoly power on its benefits to hide it and destroy Americans.

55.     In furtherance of such goals, the enterprise engaged in a pattern of criminal activity including, but not limited to, violations of Chapter 838, Florida Statutes, relating to bribery and misuse of public office, and violations of §817.54, Florida Statutes, by obtaining the Mortgage, Note and other Loan Documents and Title by false pretenses.

16

56.    Defendants participated and/or conspired to participate in said enterprise through a pattern of criminal activity and/or the collection of an unlawful debt.

57.    As a direct result of the foregoing, the Engineer has suffered, and is continuing to suffer, damages.

### COUNT IX –28 U.S.C. §3304 (b)(1)(A)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

58. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 93, above, as through the same were fully set forth herein.

59. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

60. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

    a.    the transfer was to an insider;
    b.    72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
    c.    No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
    d.    The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.

### COUNT X –Fla Stat. § 726.105 (1)(a)
### Transfer with Intent to Hinder, Delay or Defraud a Creditor

61. The Plaintiff re-alleges the allegations contained in paragraphs 2 through 96, above, as through the same were fully set forth herein.

62. Defendants transferred ownership interests with actual intent to hinder, delay or defraud Plaintiff, including without limitation, the tax base used to purchase the lands in fraud to keep treated water pumping vs filtered spring water with lower water bills and cancer rates. Also in an effort to hide the Global medicine and water supply knowledge to desert nations like Israel and the Middle East where Water is not available, as well as lying to the Public on reasons for the land purchase at Sarasota parks department.

63. With respect to the Fraudulent Transfer on October 5, 2020 via Sarasota case 2011 CA 04209 NC, the following badges of fraud, among others, are applicable and are to be considered in determining actual intent:

   a. the transfer was to an insider:
   b. 72 Partners LLC, its assigns of deeds, and Sarasota County retained possession or control of property after it was transferred fraudulently.
   c. No consideration was received by Plaintiff and his civil rights were attacked and his life was attacked to insure the Defendants can hide the Regional underground river of spring water supply.
   d. The transfer occurred shortly after Plaintiff was illegally arrested with false police reports by Defendants.
   e. Ryan Snyder switched out the legal description the day of the online sale, while 72 Partners and Defendants used to online bids with Defendants in a scheme with software, with Judges in all the region, including all 2ndDCA judges who sit in a merit panel and are locked in from being voted out for years while attacking defendant with lower court gangs of Judges, attorney Politicians like Ron Desantis, and defendants who are all mostly lawyers.

### COUNT XI
### Equitable Lien Foreclosure

64. The Plaintiff re-allege the allegations contained in paragraphs 2 through 99,        above, as through the same were fully set forth herein.

65. Defendants were paid with funds obtained through fraud or egregious conduct.

66. Defendants used over $5.5 million in tax base to invest in, purchase and or fraud and subdue Plaintiff land, life and civil rights timed with US Terrorism acts using media to

18

hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.

<div align="center">

**COUNT XII** -28 U.S.C. § 1346
**FEDERAL TORTS CLAIM ACT (FTCA)**

</div>

67. The Plaintiff re-allege the allegations contained in paragraphs 2 through 102,      above, as through the same were fully set forth herein.

68. Defendants have used Federal and State funds to hide ENDLESS AND LESS

> EXPENSIVE Primary Water raw drinking water resources from Tampa to Miami and now New Jersey and New York as Plaintiff discovered another access to Primary Water at Washington Rock in NJ to **save New York $100 million/day** in cost where the drinking water is spring water and also endless without contaminants.

69. Federal Tort Claims Act (August 2, 1946, ch. 646, Title IV, 60 Stat. 812, 28 U.S.C. Part

> VI, Chapter 171 and 28 U.S.C. § 1346) ("FTCA") is a 1946 federal statute that permits private parties to sue the United States in a federal court for most torts committed by persons acting on behalf of the United States.

70. Defendants **stole over $5.5 million** in tax base to invest in, purchase and or fraud and

> subdue Plaintiff Sarasota land, life and civil rights timed with US Terrorism acts using media to hide it and DOJ to attack Plaintiff and the global knowledge and/or regional project to the State of Florida.

**WHEREFORE**, the Plaintiff demands judgment against Defendants for damages, reasonable attorneys' fees, costs, and such further relief as the Court may deem proper. Plaintiff respectfully requests this Honorable Court GRANT this Complaint, enter a Judgment for full

<div align="center">19</div>

possession of the Property of the Plaintiff and quieting title and all persons claiming interest under the Defendants; and additionally:

A.  Pursuant to 28 U.S.C. §3306 (a)(1), the avoidance of the fraudulent transfers to the extent necessary to satisfy the loss of life from Cancer rates and loss of revenue to the State and THE CITIZENS from higher water bills, and losses to the Plaintiff, his project revenues when pumping over 750MGD to the public for the past 5-10 years.

B.  Pursuant to Fla Stat. 726.108(1)(a), the avoidance of the fraudulent transfers described above and attached to the extent necessary to satisfy the disgorgement and damages by Defendants on the Plaintiff.

C.  Evaluate Connection agreement for Water supply with Plaintiff and Peace River Manasota Water Supply, Lower West Coast Service Area and South Florida down to Naples along Seminole Gulf Railway (formally owned by CSX sold and timed with Terrorism acts with Help of BLACKROCK AND VANGUARD with Bill Gates Canadian Railways, Amtrak and the Federal Railway Association.

D.  Call in all continuing service civil engineers, municipal staff at Manatee, Sarasota, Charlotte, Lee County and local utility departments and arrest all Utility staff and directors for Treason.

E.  Investigate and arrest Defendants involved specifically in the October 5, 2021 sale fraud by pulling Meta data experts as well as the October 14, 2013 trial on Cecil Daughtrey that never got notice due to E-file software being uploaded for the first time and suddenly a trial during an Obama HP Glitch Federal shutdown on Columbus day, while Plaintiff is attacked with fabricated emails by Hillsborough State Attorneys office who has a long standing relationship with many of the defendants to subdue Plaintiff timed with permits, civil actions and more.

F.  Lockup all existing livestock and turn over full possession of livestock to Plaintiff for sale.

G.  Inventory all proceeds of bought and sold livestock from Defendants or others on this property and compensate Plaintiff 3x the value of the amounts.

H.  Call in agents from at least 25 other states from Pentagon and FBI and experts on 10yr timeline of Terrorism by Florida FBI and arrest all who knew for Conspiring

20

against Plaintiff and Americans with Terrorism acts involving all Florida Politicians and Sheriffs;

I.     Report to 50 states of Attorney Generals as cases get BIFURCATED and all Circuit 12, 13, 17 and 20 Judges get called in on GENERAL ETHICS knowing of this Terrorism Timeline at the DOJ for 10yrs and still ongoing.

J.     Recommend arrest for Title 18 US Code to Attorney General for all who conspired using H.R. 5736 or other means on this underground critical knowledge that would have saved millions of lives since the April 3, 2013 find by Plaintiff and 12 days later the Obama – 9-11 Sarasota gang of Terrorist Lawyers-Media-FBI-CIA-Navy Seals did the Boston Bomb with Tampa Central command, their Yale-Harvard Lawyer Ron Desantis; the NAVY SEAL ATTORNEY TERRORIST who coordinated it with all US CONGRESS which will be proven as this complaint as discovery proceeds.

K.     Allow depositions to Desantis and all Judges with transcripts showing 72 Partners and their attorneys blaming Sarasota County for the fraudulent sale that stole over $500 billion (due to Primary Water access and land size & location with Florida development, medicine and Port control from Tampa to Naples/Miami) in land on October 5, 2020 with Desantis and all Florida Politicians, Trump, Biden and Media influencing Circuit 12, 13, 17, 20, and Tampa Middle District, Florida Southern District, showing obvious FRAUD for $187,000 sale of 2500acres while Plaintiff is kidnapped for the 23rd time in 10yrs;

L.     Call in Plaintiffs witnesses and allow time for discover on new lawsuits coming in related by Plaintiffs new councils being interviewed for new case and filing.

M.     Freeze all spending for Environmental and State Water Supply Revolving funds from Tampa to Miami until Sarasota Commission, Florida Sheriffs and Media are detained for US Treason and Eugenics.

N.     Detain Ashley Moody and all Judges, State Attorneys and Law firms with Military and FBI for Title 18 US Code 241 & 242 immediately and stop the Treachery by the entire State of Florida Politicians, US Congress and Media.

O.     Allow time to potentially merge case with new incoming mortgage and title fraud case by attorneys, as well as negotiation that are pending with *Plaintiff vs Carmine Marceno-Pentagon,* et al, Lee case 2022 CA 03080 NC  and many others merging with this case.  The civil right attacks are from State to Federal officers.

21

P.   Testimony coming on transcripts will prove Judge Walker, in Cecil Daughtrey foreclosure sale, Defendants and their council's frauded America and millions of Florida tax payers with FDEP and more with over 25 to 50 Judges in the West and South Florida region using UNIQUE INFLUENCE on Plaintiff Rights to attack America and Water Supply in the Region with US Congress who in-acted WAR on America on May 10, 2012, per HR 5736, pursuant to Article 1 Section 8 of the US Constitution with the UNDUE INFLUENCE of the Federal Reserve Banks and CDC games with a Fake Media Pandemic.

Q.  Arrest George, Jeb and Marvin Bush with US Military and order a Water Pump report and health scan to let America Realize all US Congress, DeSantis, Florida, New York to California hid this Florida resource and Global knowledge to maintain Wars in Middle East and World Hunger for years. Arrest all Tampa to Miami Judges who knew sheriffs for Title 18 USC 241-242.

R.  Allow a 5 Day Evidentiary Hearing on all issue immediately for the Public before another US President gets in trouble for being a Chicken on Water Supply this Critical.

Dated this 20th day of January 2025.

Joseph Gilberti /s/ Joe Gilberti

Joseph D. Gilberti PE
Plaintiff
# 2024-2237
2020 Main Street
Sarasota FL, 34237
813-470-6000
239-980-3149
GilbertiWater@gmail.com
www.GilbertiBlueGold.com

Gilberti KT Hypothesis

Yucatan Meteor tilts Florida Platforms giving Access to Secret Underground Oceans of Earths True & Endless Antioxidant Spring Drinking Water Origins hidden by Sarasota 9/11 Connection, Tampa Florida, EPA, Federal Reserve & UN 50yrs for Global Eugenics! Access to ANCIENT SPRINGS

It is my opinion that the water is traveling underground all the way from just below the north pole... maybe like say 13 to 15 degree south of the North Pole... water because of it negative and positive charges is attracted to itself... this is why clouds form... as it travels south it picks up speed because of the shape of our planet... at the equator we are spinning at approximately 1,000 mph... to make that trip would take probably in the area of a couple hundred thousand years... a lot of our minerals at frozen in our ice caps... a lack of toxins would no doubt be because when water freezes it becomes structured water... H3O2 which is why ice float... it expands as it structures that is when it also pushes out all the toxins... Blue Gold waters destination is the equator... I believe it probably resurfaced at the equator from the KT Event and other Historical impacts... most of our weather travels from west to east except at the equator... where it goes the other way... Bringing us these ungodly storms    It's my opinion that this water with the minerals in it are partially responsible for the charge of this planet... it is no doubt a contributing factor to the forces that produce our weather patterns...... Ancient Springs

The Holy Grail is a Global Gift from Mother Earth through its Biblical metaphor as to accessing Jesus's endless Blue Gold Waters (totally different molecular mixture and source) much deeper below from Historical Meteor Impacts per Gilberti KT Hypothesis So April 3rd 2013 when Engineer Joe Gilberti figured it out (DTH Video by Amps Aquifer Maintenance in Palm Beach) the access to Jesus's endless Blue Gold from KT Event, which just happened to be 500yrs EXACTLY to Ponce de Leon on April 2, 1513 has a much more significant date!!! Jesus, as described in the New Testament, was most likely crucified on Friday April 3, 33 A.D. The latest investigation, reported in the journal International Geology Review, focused on earthquake activity at the Dead Sea, located 13 miles from Jerusalem Let History show a Christian Engineer, Joe Gilberti PE found Earth's most Valuable Gift in Water, Medicine, Food & Energy Production Resources and knowledge and GAVE IT TO THE PEOPLE Jesus's endless Blue Gold access saved the Gentiles, Jews, Muslims and Humanity, not condemn God's Children he Loves

♡ 7    ◯    ▷ 2    🔖

 

**joegilberti2024** Gilberti KT Hypothesis ends world hunger, wars and immigration in days. This BlueGold

LANDTECH DESIGN GROUP, INC.
Planning, Engineering & Consulting Services
385 Donora Blvd
Fort Myers Beach, Florida 33931
813-470-6000 Direct
gilbertiwater@gmail.com
www.gilbertibluegold.com

December 25, 2024


James D Taiclet, CEO/President, Lockhead Martin

Lockhead Martin Headquarters: 6801 Rockledge Dr, Bethesda, MD 20817.

Phone: (301)-897-6000


Kelly Ortberg, CEO/President, Boeing

Boeing Headquarters: 929 Long Bridge Dr, Arlington, VA 22202-4208

Phone: (703)-465-3500


Brian Sikes, CEO, Cargill

Cargill Headquarters: 15407 McGinty Rd W, Wayzata, MN 55391, United States

Phone: (952)-742-7575


David A. Ricks, CEO, Eli Lilly

Eli Lilly Headquarters: 893 S Delaware St, Indianapolis, IN 46225

Phone: (317)-276-2000


Alberti Bourla, CEO, Pfizer

Pfizer Headquarters: 66 Hudson Boulevard East New York, NY 10001

Phone: (212)-733-2323

Bill Anderson, CEO, Bayer

Bayer Headquarters: 100 Bayer Blvd, Whippany, NJ 07981

Phone: (862)-404-3000


**SUBJECT:** Gilberti Blue Gold - Partnership Letter of Intent with Cargill, Bayer, Pfizer, Eli Lilly and Lockhead Martin/Boeing on New Food, Agricultural, Medicine, Water Supply, Development Control and National Defense in West Florida from secret underground unique resource at Cecil Daughtrey/Flint Ranches in Sarasota/Arcadia Florida


**RE:**        **Request to Meet to discuss Partnership/JV**



Dear Consortium,

Please see attached Regional Infrastructure plans to bring Antioxidant Spring Water showing highest Calcium & Magnesium in a pure endless source located at 9438 Daughtrey Rd, Sarasota Florida 34266 at the end of Clark Road (SR 82).

I am a 30yr Florida Professional Civil/Mechanical Engineer with mineral rights, access and a 12yr story and timeline to get this opportunity to your attention. Local Government and more are in a huge Fraud Transfer with DOJ and earners who attempted to hide this opportunity from Americans and Florida.

See attached Workshop letter with my resume, phase 1 infrastructure plans, and unique medicinal readings. This resource is off the chart for endless flow and quality, hence the attack by Sarasota County and Tampa to steal it from two small Ranchers/Farmers who had no idea what was under the land 2000' below in a small area of their few thousand acres of lands.

My website shows the attacks, and what you need to see is this opportunity for National Defense, New Food, Medicine and Regional Infrastructure plans to bring Antioxidant Spring water and lower water bills, housing booms, etc.

The Military and most advanced Oil Drillers have been to the property multiple times and verified this as the No1 Resource on Earth. This is your opportunity. We have a need for a large consortium to buy essentially the entire 20miles of Sarasota Lower Myakka Lands East of I-75 to Desoto County up to Mosaic property who knows me very well.

We fired Greenberg Traurig Dave Weinstein in Tampa for conflicts as I pulled a Phosphate mine permit with FDEP in 2009 and suddenly they shopped us with Tampa locals tied to old groups

who are related to Hulk Hogan, Jason's Hauling, DeBartolo, Lee Pallardy, Thomas Howze and more.

With Manatee Port widening, shown on plans, we can produce Medicine, Foods, Housing and more as well as National Defense per Title 50USC Sec 3 to Revitalize Florida Peninsula CSX supply chains from Manatee-Tampa Ports to South Florida Port Everglades and Miami Ports down I-75 widening plans in works. See Gilberti v Council of National Defense MANDAMUS attached and digital plans at www.GilbertiBlueGold.com for information.

Due to timed events involving Sarasota and Tampa Judges, Commissioners, and many more on my civil rights and a Fraud Transfer with stolen tax base involving Ron Desantis, Rick Scott and Tampa to Naples leaders, the leverage is there to expedite all opportunities in months. It's all ready to go. We just need to meet and call in issues. A converted RV Griffin Reservoir to new Preco Power plant with underground River replacing Peace River is also available in the West Florida project.

We have another in New Jersey to serve New York if we can get the ball rolling in Florida. See Gilberti v United Nations.

Please contact me at your earliest convenience to begin diligence and a hopeful Letter of Intent with Cargill, Eli Lilly, Bayer, Pfizer, and Lockhead Martin/Boeing so I can show you much, much more I cannot disclose that ups the stakes in a Global perspective.

LANDTECH DESIGN GROUP, INC.

Sincerely,

Joseph D. Gilberti, PE

President

385 Donora Blvd

Fort Myers Beach, Florida, 33931

813-470-6000

Gilbertiwater@gmail.com

www.gilbertibluegold.com

cc: Cecil Daughtrey, Robert Flint, Archdiocese of Miami, Venice, NY, Texas, New Mexico, CT and California

## EXHIBIT A

*Permitted Alignment plans to Peace River Manasota that ties to CSX/Seminole Railway down to Marco Island from Sarasota from EPA hidden Secret underground access to Oceans of Spring Water to the Taps of Millions with Medicine aspects*



Connection from S.R. 72 Clark Road Tri-County Monument at Flint Farms Peace River Loop Option
See attached Engineering Plans submitted to FDEP Jon Iglehart Fort Myers Office May 2020 approved by Desoto County and ready to start Construction to serve Taps.

LANDTECH DESIGN GROUP, INC
813-470-6000
www.gilbertibluegold.com

# EXHIBIT D

*Health Scan of Water Readings unique to Human Health and Economic Sustainability to the South Florida Regions to lower utility costs and taxes*

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000
This sample taken by Joe Gilbert, P.E. at 3:00:00 PM
on 10/24/2012. Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| Micro Analysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10.000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 1 of 3**
info@etrlabs.com    www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertbluegold.com

# EXHIBIT D
## (Continued)

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000
This sample taken by Joe Gilbert, P.E. at 3:00:00 PM
on 10/24/2012   Point of collection: Well #2

### Health Scan Report

| Organic Analysis | Results | Public Drinking Water EPA Limits |
|---|---|---|
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 2 of 3**
info@etrlabs.com    www.etrlabs.com

8    **LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com

# EXHIBIT D
## *(Continued)*

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    Page 3 of 3**
info@etrlabs.com    www.etrlabs.com

LANDTECH DESIGN GROUP, INC
**813-470-6000**
www.gilbertibluegold.com

# EXHIBIT E

*FDEP Fort Myers Lee County- Record Permitting*



**FLORIDA DEPARTMENT OF Environmental Protection**

South District
PO Box 2549
Fort Myers FL 33902-2549
SouthDistrict@FloridaDEP.gov

Ron DeSantis
Governor

Jeanette Nuñez
Lt. Governor

Noah Valenstein
Secretary

October 19, 2020

Joseph Gilbert, P.E.
gilbertiwater@gmail.com

Re:     DeSoto County – Potable Water
        Facility Name: Closer to the Heart
        Facility ID: 6142734
        DEP Application No.: 75714-026-DS

Dear Mr. Gilbert:

Thank you for your application for your concern about the processing of your application for the Closer to the Heart Project. We asked for signatures from the utility on the application form, a Public Service Commission Certification and authorization from the owners of the lands the water line will go through. You requested a dryline permit to allow for more time to secure the authorizations. All permits are issued with these authorizations. Dryline permits are issued when critical facilities (such as pump stations and treatment facilities) have not been built.

These are the reasons we need the authorizations:

Your project will provide water to the Peace River Manasota Regional Water Supply Authority. This utility must sign the application to bind itself to ensure proper operation.

We need approval from the owners of the properties where the pipeline will be installed. The Department may not convey any rights, privileges, title of other entities' properties. That permission must come from the property owner.

We need a copy of the Public Service Commission's (PSC) certificate authorizing you to provide the water service. This certificate is required for every public water system in DeSoto County. This certificate grants you the service territory for water. Without the certificate the Department may not issue a permit.

Without these approvals, any permit the Department issues will not meet the minimum requirements for water systems. Our intent is to permit projects that meet the basic requirements. When the project conforms to the rules, we can successfully defend challenges in court.

I also asked by email on June 24 about plans and construction though the wetlands as well as diameters for flushing stations. These questions are not as critical as securing the authorizations. I can authorize up to 90 more days for you to provide the authorizations. Please let me know if you need it.

I hope this letter clarifies the Department's needs for permitting.

Sincerely,

Nolin Moon
Environmental Administrator

LANDTECH DESIGN GROUP, INC
**813-470-6000**
www.gilbertibluegold.com



## EXHIBIT "A".

Impeaching George W. Bush, President of the United States, of high crimes and misdemeanors.

---

IN THE HOUSE OF REPRESENTATIVES

June 10, 2008

Mr. Kucinich submitted the following resolution

June 11, 2008

By motion of the House, referred to the Committee on the Judiciary

---

RESOLUTION

Impeaching George W. Bush, President of the United States, of high crimes and misdemeanors.

Resolved, That President George W. Bush be impeached for high crimes and misdemeanors, and that the following articles of impeachment be exhibited to the United States Senate:
Articles of impeachment exhibited by the House of Representatives of the United States of America in the name of itself and of the people of the United States of America, in maintenance and support of its impeachment against President George W. Bush for high crimes and misdemeanors.

23

In his conduct while President of the United States, George W. Bush, in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, and defend the Constitution of the United States, and in violation of his constitutional duty to take care that the laws be faithfully executed, has committed the following abuses of power.

Article I--Creating a Secret Propaganda Campaign To Manufacture a False Case for War Against Iraq

In his conduct while President of the United States, George W. Bush, in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, and defend the Constitution of the United States, and in violation of his constitutional duty under article II, section 3 of the Constitution ``to take care that the laws be faithfully executed'', has both personally and acting through his agents and subordinates, together with the Vice President, illegally spent public dollars on a secret propaganda program to manufacture a false cause for war against Iraq.

The Department of Defense (DOD) has engaged in a years-long secret domestic propaganda campaign to promote the invasion and occupation of Iraq. This secret program was defended by the White House Press Secretary following its exposure. This program follows the pattern of crimes detailed in articles I, II, IV, and VIII. The mission of this program placed it within the field controlled by the White House Iraq Group (WHIG), a White House task-force formed in August 2002 to market an invasion of Iraq to the American people. The group included Karl Rove, I. Lewis Libby, Condoleezza Rice, Karen Hughes, Mary Matalin, Stephen Hadley, Nicholas E. Calio, and James R. Wilkinson.

The WHIG produced white papers detailing so-called intelligence of Iraq's nuclear threat that later proved to be false. This supposed intelligence included the claim that Iraq had sought uranium from Niger as well as the claim that the high strength aluminum tubes Iraq purchased from China were to be used for the sole purpose of building centrifuges to enrich uranium. Unlike the National Intelligence Estimate of 2002, the WHIG's white papers provided ``gripping images and stories'' and used ``literary license'' with intelligence. The WHIG's white papers were written at the same time and by the same people as speeches and talking points prepared for President Bush and some of his top officials.

The WHIG also organized a media blitz in which, between September 7-8, 2002, President Bush and his top advisers appeared on numerous interviews and all provided similarly gripping images about the possibility of nuclear attack by Iraq. The timing was no coincidence, as Andrew Card explained in an interview regarding waiting until after Labor Day to try to sell the American people on military action against

24

Iraq, ``From a marketing point of view, you don't introduce new products in August.''.

September 7-8, 2002:

NBC's ``Meet the Press'': Vice President Cheney accused Saddam of moving aggressively to develop nuclear weapons over the past 14 months to add to his stockpile of chemical and biological arms.

CNN: Then-National Security Adviser Rice said, regarding the likelihood of Iraq obtaining a nuclear weapon, ``We don't want the smoking gun to be a mushroom cloud.''.

CBS: President Bush declared that Saddam was ``six months away from developing a weapon'', and cited satellite photos of construction in Iraq where weapons inspectors once visited as evidence that Saddam was trying to develop nuclear arms.

The Pentagon military analyst propaganda program was revealed in an April 20, 2002, New York Times article. The program illegally involved ``covert attempts to mold opinion through the undisclosed use of third parties''. Secretary of Defense Donald Rumsfeld recruited 75 retired military officers and gave them talking points to deliver on Fox, CNN, ABC, NBC, CBS, and MSNBC, and according to the New York Times report, which has not been disputed by the Pentagon or the White House, ``Participants were instructed not to quote their briefers directly or otherwise describe their contacts with the Pentagon.''.

According to the Pentagon's own internal documents, the military analysts were considered ``message force multipliers'' or ``surrogates'' who would deliver administration ``themes and messages'' to millions of Americans ``in the form of their own opinions''. In fact, they did deliver the themes and the messages but did not reveal that the Pentagon had provided them with their talking points. Robert S. Bevelacqua, a retired Green Beret and Fox News military analyst described this as follows: ``It was them saying, `We need to stick our hands up your back and move your mouth for you.'.''.

Congress has restricted annual appropriations bills since 1951 with this language: ``No part of any appropriation contained in this or any other Act shall be used for publicity or propaganda purposes within the United States not heretofore authorized by the Congress.''.

A March 21, 2005, report by the Congressional Research Service states that ``publicity or propaganda'' is defined by the U.S. Government Accountability Office (GAO) to mean either (1) self-aggrandizement by public officials, (2) purely partisan activity, or (3) ``covert propaganda''.

These concerns about ``covert propaganda'' were also the basis for the GAO's standard for determining when government-funded video news releases are illegal:

``The failure of an agency to identify itself as the source of a prepackaged news story misleads the viewing public by encouraging the viewing audience to believe that the broadcasting news organization developed the information. The prepackaged news stories are

25

purposefully designed to be indistinguishable from news segments broadcast to the public. When the television viewing public does not know that the stories they watched on television news programs about the government were in fact prepared by the government, the stories are, in this sense, no longer purely factual--the essential fact of attribution is missing.".

The White House's own Office of Legal Council stated in a memorandum written in 2005 following the controversy over the Armstrong Williams scandal:

``Over the years, GAO has interpreted `publicity or propaganda' restrictions to preclude use of appropriated funds for, among other things, so-called `covert propaganda'. . . . Consistent with that view, the OLC determined in 1988 that a statutory prohibition on using appropriated funds for `publicity or propaganda' precluded undisclosed agency funding of advocacy by third-party groups. We stated that `covert attempts to mold opinion through the undisclosed use of third parties' would run afoul of restrictions on using appropriated funds for `propaganda'.".

Asked about the Pentagon's propaganda program at White House press briefing in April 2008, White House Press Secretary Dana Perino defended it, not by arguing that it was legal but by suggesting that it ``should'' be: ``Look, I didn't know look, I think that you guys should take a step back and look at this look, DOD has made a decision, they've decided to stop this program. But I would say that one of the things that we try to do in the administration is get information out to a variety of people so that everybody else can call them and ask their opinion about something. And I don't think that that should be against the law. And I think that it's absolutely appropriate to provide information to people who are seeking it and are going to be providing their opinions on it. It doesn't necessarily mean that all of those military analysts ever agreed with the administration. I think you can go back and look and think that a lot of their analysis was pretty tough on the administration. That doesn't mean that we shouldn't talk to people.".

In all of these actions and decisions, President George W. Bush has acted in a manner contrary to his trust as President and Commander in Chief, and subversive of constitutional government, to the prejudice of the cause of law and justice and to the manifest injury of the people of the United States. Wherefore, President George W. Bush, by such conduct, is guilty of an impeachable offense warranting removal from office.

Article II--Falsely, Systematically, and With Criminal Intent Conflating the Attacks of September 11, 2001 With Misrepresentation of Iraq as an Imminent Security Threat as Part of a Fraudulent Justification for a War of Aggression

In his conduct while President of the United States, George W.

26

Bush, in violation of his constitutional oath to faithfully execute the office of President of the United States and, to the best of his ability, preserve, protect, and defend the Constitution of the United States, and in violation of his constitutional duty under article II, section 3 of the Constitution ``to take care that the laws be faithfully executed", has both personally and acting through his agents and subordinates, together with the Vice President, executed a calculated and wide-ranging strategy to deceive the citizens and Congress of the United States into believing that there was and is a connection between Iraq and Saddam Hussein on the one hand, and the attacks of September 11, 2001, and al Qaeda, on the other hand, so as to falsely justify the use of the United States Armed Forces against the nation of Iraq in a manner that is damaging to the national security interests of the United States, as well as to fraudulently obtain and maintain congressional authorization and funding for the use of such military force against Iraq, thereby interfering with and obstructing Congress's lawful functions of overseeing foreign affairs and declaring war.

The means used to implement this deception were and continue to be, first, allowing, authorizing and sanctioning the manipulation of intelligence analysis by those under his direction and control, including the Vice President and the Vice President's agents, and second, personally making, or causing, authorizing and allowing to be made through highly-placed subordinates, including the President's Chief of Staff, the White House Press Secretary and other White House spokespersons, the Secretaries of State and Defense, the National Security Advisor, and their deputies and spokespersons, false and fraudulent representations to the citizens of the United States and Congress regarding an alleged connection between Saddam Hussein and Iraq, on the one hand, and the September 11th attacks and al Qaeda, on the other hand, that were half-true, literally true but misleading, and/or made without a reasonable basis and with reckless indifference to their truth, as well as omitting to state facts necessary to present an accurate picture of the truth as follows:

(1) On or about September 12, 2001, former terrorism advisor Richard Clarke personally informed the President that neither Saddam Hussein nor Iraq was responsible for the September 11th attacks. On September 18, Clarke submitted to the President's National Security Adviser Condoleezza Rice a memo he had written in response to George W. Bush's specific request that stated: (1) the case for linking Hussein to the September 11th attacks was weak; (2) only anecdotal evidence linked Hussein to al Qaeda; (3) Osama Bin Laden resented the secularism of Saddam Hussein; and (4) there was no confirmed reporting of Saddam Hussein cooperating with Bin Laden on unconventional weapons.

(2) Ten days after the September 11th attacks the President received a President's Daily Briefing which indicated that the

27

U.S. intelligence community had no evidence linking Saddam Hussein to the September 11th attacks and that there was ``scant credible evidence that Iraq had any significant collaborative ties with Al Qaeda''.

(3) In Defense Intelligence Terrorism Summary No. 044-02, issued in February 2002, the United States Defense Intelligence Agency cast significant doubt on the possibility of a Saddam Hussein-al Qaeda conspiracy: ``Saddam's regime is intensely secular and is wary of Islamic revolutionary movements. Moreover, Baghdad is unlikely to provide assistance to a group it cannot control.''.

(4) The October 2002 National Intelligence Estimate gave a ``Low Confidence'' rating to the notion of whether ``in desperation Saddam would share chemical or biological weapons with Al Qaeda''. The CIA never informed the President that there was an operational relationship between al Qaeda and Saddam Hussein; on the contrary, its most ``aggressive'' analysis contained in ``Iraq and al-Qa'ida: Interpreting a Murky Relationship'' dated June 21, 2002, was that Iraq had had ``sporadic, wary contacts with al-Qa'ida since the mid-1990s rather than a relationship with al-Qa'ida that has developed over time''.

(5) Notwithstanding his knowledge that neither Saddam Hussein nor Iraq was in any way connected to the September 11th attacks, the President allowed and authorized those acting under his direction and control, including Vice President Richard B. Cheney and Lewis Libby, who reported directly to both the President and the Vice President, and Secretary of Defense Donald Rumsfeld, among others, to pressure intelligence analysts to alter their assessments and to create special units outside of, and unknown to, the intelligence community in order to secretly obtain unreliable information, to manufacture intelligence or reinterpret raw data in ways that would further the Bush administration's goal of fraudulently establishing a relationship not only between Iraq and al Qaeda, but between Iraq and the attacks of September 11th.

(6) Further, despite his full awareness that Iraq and Saddam Hussein had no relationship to the September 11th attacks, the President, and those acting under his direction and control have, since at least 2002 and continuing to the present, repeatedly issued public statements deliberately worded to mislead, words calculated in their implication to bring unrelated actors and circumstances into an artificially contrived reality thereby facilitating the systematic deception of Congress and the American people. Thus the public and some members of Congress, came to believe, falsely, that there was a connection between Iraq and the attacks of 9/11. This was accomplished through well-publicized statements by the Bush

28

Administration which contrived to continually tie Iraq and 9/11 in the same statements of grave concern without making an explicit charge:

(A) ``[If] Iraq regimes [sic] continues to defy us, and the world, we will move deliberately, yet decisively, to hold Iraq to account. . . . It's a new world we're in. We used to think two oceans could separate us from an enemy. On that tragic day, September the 11th, 2001, we found out that's not the case. We found out this great land of liberty and of freedom and of justice is vulnerable. And therefore we must do everything we can—everything we can—to secure the homeland, to make us safe." Speech of President Bush in Iowa on September 16, 2002.

(B) ``With every step the Iraqi regime takes toward gaining and deploying the most terrible weapons, our own options to confront that regime will narrow. And if an emboldened regime were to supply these weapons to terrorist allies, then the attacks of September 11th would be a prelude to far greater horrors." March 6, 2003, Statement of President Bush in National Press Conference.

(C) ``The battle of Iraq is one victory in a war on terror that began on September the 11, 2001—and still goes on. That terrible morning, 19 evil men—the shock troops of a hateful ideology—gave America and the civilized world a glimpse of their ambitions. They imagined, in the words of one terrorist, that September the 11th would be the `beginning of the end of America'. By seeking to turn our cities into killing fields, terrorists and their allies believed that they could destroy this nation's resolve, and force our retreat from the world. They have failed." May 1, 2003, Speech of President Bush on U.S.S. Abraham Lincoln.

(D) ``Now we're in a new and unprecedented war against violent Islamic extremists. This is an ideological conflict we face against murderers and killers who try to impose their will. These are the people that attacked us on September the 11th and killed nearly 3,000 people. The stakes are high, and once again, we have had to change our strategic thinking. The major battleground in this war is Iraq." June 28, 2007, Speech of President Bush at the Naval War College in Newport, Rhode Island.

(7) Notwithstanding his knowledge that there was no credible evidence of a working relationship between Saddam Hussein and al Qaeda and that the intelligence community had

29

2:18



112TH CONGRESS
2D SESSION

# H. R. 5736

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

## IN THE HOUSE OF REPRESENTATIVES

MAY 10, 2012

Mr. THORNBERRY (for himself and Mr. SMITH of Washington) introduced the following bill; which was referred to the Committee on Foreign Affairs

# A BILL

To amend the United States Information and Educational Exchange Act of 1948 to authorize the domestic dissemination of information and material about the United States intended primarily for foreign audiences, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*
2    *tives of the United States of America in Congress assembled,*
3    **SECTION 1. SHORT TITLE.**
4        This Act may be cited as the "Smith-Mundt Mod-
5    ernization Act of 2012".

2

1    **SEC. 2. DISSEMINATION ABROAD OF INFORMATION ABOUT**
2            **THE UNITED STATES.**
3        (a) UNITED STATES INFORMATION AND EDU-
4    CATIONAL EXCHANGE ACT OF 1948.—Section 501 of the
5    United States Information and Educational Exchange Act

🔒 govinfo.gov

4:16    · LTE ◼

# Sarasota Magazine

**News & City Life** > More News & City Life > Will \



9/11

# Will We Ever Know the True Story Behind Sarasota's Connection to 9/11?

AA  🔒 sarasotamagazine.com    ✕

"They know that the Northern covered in ice, a la *The Day After Tomorrow* or it will be too arid and erratic, that the only tolerable living conditions will exist south of the border, writes the Vidiot. "The land Bush is rumored to have purchased is smack dab over an aquifer as well as dead close to a good source of natural gas. On top of that, there's a huge chunk of land right next door that's owned by the Bush family good buddy Sun Myong Moon of the infamous Moonies ... It's perfect. They will have water, they will have gas, they have a military contingent there to fight off the locals, they could do whatever they wanted AND not get extradited to The Hague."

Paranoia aside, there was another thread that tended to link most of the blog coverage — that is, the "coincidence" that Jenna Bush "just happened" recently "to visit" Paraguay.

"For me, the news that Jenna Bush had become a UNICEF ambassador was already a disconnect of baroque proportions," writes skdadl at Peace, order and good government, eh? "And Jenna as any kind of secret political emissary seems to me to hit this story right off into the rococo. But then, as Scott Fitzgerald once said, the rich aren't like us, so what would I know?"



President Bush Meets with President Lugo of Paraguay



12:52



CONTACT          REPORT INFORMATION

**CIA**

# Inside the Oval

When Bush became DCI, he insisted upon direct access to President Ford. He usually edited the President's Daily Brief or briefed at National Security Council meetings in order to convey CIA's analysis directly to the President.



🔒 cia.gov



12:56



In 1981, Bush became President Ronald Reagan's vice president. He brought with him a deep appreciation for the President's Daily Brief (PDB) and read it avidly throughout his vice presidency. When Bush became the 41st President of the United States in 1989, he made a CIA briefing his first order of daily business in the Oval Office. "The reason I like to get intelligence from you folks is that I know you tell it like you see it," he said. "You have no policy axe to grind and you are absolutely discreet."

George H.W. Bush served as Director of Central Intelligence (DCI) from January 1976 to January 1977, just ten days shy of one full year. Though his tenure was limited, his

🔒 cia.gov

## VII. Request for Relief (cont.)

(12) The U.S. Congress file Articles of Impeachment regarding 9-11 George Bush dissimination, land, oil and water rights stolen from an entire Nation because two Losers flew airplanes. WE THE PEOPLE are the LAND OF THE FREE, not a land who uses TV, Internet to bomb entire cities of Children for two industrialized buildings in NY, i.e. B'lt Z P Title 20 USC - Dissimination!

### "Take Notice"

(13) If the Aqueducts would have collapsed that summer, Sept. 11, 2001 (Aqueduct Maintenance only allowed in Frozen/Winter), over 8 million people could have perished in 5 days. While George Bush, with today's Sarasota/Florida Judges, Greenberg Traurig continue to attempt to secure wells at Daughtry/Gilbert/Flint project. They have failed and are still hiding said issues. See Gilbert v. Secret Service, et al, Gilbert v. Trump, et al, Gilbert v. Harris, et al in DC, while Judge Polster, Walker, Sarasota still attack USA/Gilbert.

### RELIEF IS EASY

(14) Petitioner request BOTH New Jersey and Florida 'Primary Water Access' be verified by Respondents and George/Jeb/Marvin Bush to CLEAR UP THE 9-11 CONNECTION and bless (VERIFY!) [Takes 1 hr!] both sites with the Catholic Church/Pope/Arch Diocese of NY and others who have the files. Redeem America and Allow US Military/National Guard/ACOE install backbone Infra-structure, open 100's more with USGS, Gilbert's team of Engineers/Consultants ready to Move Fast. Open more in Middle East, Mexico to END WARS, HUNGER, MIGRATION. Help Southern Californians, Ind access many more hidden by (6) Bush, NRDC, ACOE, oil owners.

VII _Request for Relief (cont.)_

(15) Petitioner Request Respondents to investigate Sarasota DOJ and Tampa DOJ. See Gilberti v. Ashley Moody, et al in Tallahassee, Leon County in 2nd Judicial Circuit of Florida.

(16) Petitioner request IMMEDIATE CONSTRUCTION OF NEW (NJ to NY City) 22 mile Pipeline design/installation for AmiTech Design Group, Inc. Preliminary Alignment Study shown on Gilberti v. Bush, et al CIA 15 case 50-2023-CA-016963-MB. See New York Southern District, Gilberti v. United Nations, et al showing access from buried Volcano (WEHAWKIN MOUNTAIN) at Washington Rock. SEE EXHIBIT A

(17) Petitioner Request Department of Justice arrest all Judges/Cops/Lawyers attacking Dowsing laws, Gilberti rights since 2012 in Sarasota, Tampa, Lee and even Broward County. See State v. Cory Gilberti ARIS set up by Scott Israel hidden w/PTI and Judge Fein. (Parkland Judge/LIAR)

(18) Petitioner request Respondents "VERIFY MORE PRIVATE WATER ACCESS" with all Universities, ACOE, USGS, Dept of Interior/State per Title 15 USC. Arrest all Media across USA for Treason!

(19) Petitioner request Congress/Senate to Remove H.R. 5736 and Title 22 USC - Dissemination of America. Arrest Board of Broadcasting Governors, All Hollywood Actors who Major Social Media owners for US Treason since April 3 2012. Detain Ron DeSantis, Piers Landis and all Florida State Attorneys for Treason. Media too. (7)

Case No. 1:25-cv-00423-STV    Document 1    filed 02/07/25    USDC Colorado    pg 51
Case 1:24-cv-07180-LTS    Document 1    Filed 09/20/24    Page 9 of 13
of 121



_Exhibit B_

"Revitalization of Natural Defense of Florida Peninsula"

(Per Title 50 USC §3 — Council of National Defense)

WWW. GILBERTIBLUEGOLD.COM

N / W E / S  N.T.S.

NAVY

CENTCOM

CENTRAL COMMAND
Mc DILL AFB

Tampa Ports

CSX R/R

Peace River

(Florida Peninsula)

★ LOCATION BLUE GOLD ACCESS ★
(9438 Daughtry Road, Sarasota, Fl 71266)

GILBERTI BLUE GOLD ACCESS
(secret underground River)
ANTIOXIDANT
ENDLESS / HIGH Flow / Plenti Road

MANATEE Port
(Expansion)

Florida Peninsula
(Coast Line)

Charlotte Harbor

I-75 (10 Lane Widening) PD:E
+ 5 New R/R TRACKS
(Bing & Spesh Leds)

(Atlantic Ocean)

Punta Gorda

Lake OKEECHOBEE

Obama Bio-Fuel Cntr
(Militarized Use Area)
(Naval Water Supplies)

OLD CSX Railway
(2) 9' DIA BLUE GOLD PIPES (NEW)

Gulf of Mexico

3270

Southern Cmd

Port of Palm Beach

I-75
(Everglades)

US Hwy 27

Ft Myers

ENGINEER WATER NOTES

Naples

ALLIGATOR ALLEY

B →

Port Everglades
(BROWARD)

(I-15)

① Railroad Alignments to I-75 (5 tracks)
to upgrade National Defense
Tampa to South Florida Title 50 §3.

Port of Miami
(DADE)

② Antioxidant to Taps of 10,000,000 Homes
20% GDP Increase (ALKALINE HOUSING BOOM)

Fla Keys

③ Global underground knowledge of "Primary Spring"
Water from EARTHS CORE, ENDLESS

US SOUTHERN COMMAND
Title 50 §3

813-470-6000
... call DESIGN GROUP, INC

VII. Request for Relief (cont)

Petitioner has empirical data at Sarasota showing "medicinal" water unique to human health, hidden and attacked for 12yrs by Obama, Trump, Harris, Clinton, Bush and Florida leaders. Respondents must verify source, as it takes 2-hours!; At 9438 Daughtry Road, Sarasota, FL 34266 at well No2 located 50' west of section line at Cecil Daughtry 160ac Homestead lands north of Clark Road (SR 82).

Petitioner has shown, as well as Bush cases, ownership of water Resources, key to foreign nations, An "ongoing systematic attack to Disseminate the Scientific, Technology and Engineering data" the Petitioner has in his possession, free access and intrusion to the Public 4-6 county Water Supply for a much higher LEVEL OF SERVICE. Again Verify Resources to show No 1 Aquifer on Earth, hence MOTIVES to attack. Disclose Petitioner data to All Media, Universities immediately per Title 15 US (§1151-1157). Implement Plans submitted to FDOT Dist 1, 4,6 and FDEP D. Myers since 2015, 2020 and at SWFWD in 2012.

## CONNECT DOTS

Petitioner shows Bush in Sarasota (of All Places) worshipping this unique Resource, while attempting to Destroy New York Aqua ducts, take IRAQ and Afghanistan Oil, water, Banks to US Treasury, using CIA South Mundt Act of 1948 and 2012 used to attack USA. His father was ahead of CIA, 30yrs, family into Oil and "Primary Water" ownership thru force. Respondents must verify source, question Bush, Trump, Harris, Congress/Senate in Florida, NY, NJ, Cal. Hawaii, Texas and why this is hidden in USA since 12yrs; with Sarasota Terrorist Empire!, Desantis, Judges, and Rick Scott/Obama Harvard & (10) Yale/Notre Dame Alumni? Cops, Media!

**VIII.** No other Means to Attain Relief —

(20) Petitioner has no other means to enforce his rights. Mandamus jurisdiction of Federal District Courts extends on to officers, employees, or Agencies of the United States. See 28 U.S.C. § 1361. There is no method of enforcement by Petition to State/Federal Legislature; and or local leaders, hiding the resources of 'Primary Water' with ALL MEDIA, claiming Water Wars, cost of immigration, these projects/Resource locations and large Civil Engineering Infrastructure permit plans solve by Land Tech Design Group, Inc.. The Ideal corruption by Judges, Mayor Adams from New York, Florida Sheriffs/Judges Attacking Petitioner since 2012, tied to Blue Gold Bush Family, South Miami HA 5736 with CIA/NDAA, Trump, Harris shows the 'Organized Fraud' attack with Yale/Harvard/Note Dame alumni on DeSantis and Members of the White House and on Petitioner's Land in Sarasota with 72 Partners, LLC, Lee Ballard (Terrorist) at Trump, Attacking Petitioner/USA.

**IX.** Importance Beyond this Case

(21) Equal Rights challenges under A States or US Constitution to perform or act to verify 'deep underground aquifers' to help open Global Knowledge Arc lately reviewed thereby potentially encouraging Judicious indifference by State/Federal Agencies to enforce their organic 'insplates. Writ of Mandamus being supervisory in nature Are appropriate to cure such issues. See United States v. Bertoli, 994 F. 2d 1002, 1014 (3d Cir 1993). There is nothing that would render it inappropriate to issue the writ. See In re Volkswagen of America, Inc, 545 F. 3d 304 (5th Cir 2008).

(11)

513-470-6000
www.Gilbert.BlueGold.com

**X. Conclusion** (Verify Resources - PROVE ENGINEER WRONG!) "Licensed Professional P.E."

(22) Petitioner has found two Global, very different "Primary Water" access points in New Jersey (Somerset County) to revitalize New York City / New Jersey; and another in Sarasota County. See Exhibits A + B. The first is an historic buried volcano at Washington Rock only 25 miles away from Manhattan, approximately 500' above to reduce all Water bills and provide "Antioxidant Spring Water" (ENDLESS) to span Northern New York State, stop Aqueduct Flooding in upstream cities. Move Natural Waterway courses back to it's original state saving OVER $100,000,000/day to Tax payers. The second is MOST unique in Sarasota, Florida at Cecil Daughtry Ranch from Yucatan Meteor Impact via Tilted Platform. See Gilberti KT Hypothesis.

(23) There are many Congressional notices on Impeachment documents on George Bush regarding False Flag for 9-11 with a Sarasota connection. Mandamus is necessary, Bush needs to help Petitioner! & USA

(24) Wherefore a writ of Mandamus must issue compelling the respondents to verify both resources, ask George/Jeb/Marvin Bush to come to Sarasota Daughtry Ranch too, to redeem the issues and call out Trump, Harris and Media. Arrest Sarasota DOJ immediately w/ Respondents help.

Certificate of Service

On September 13 2024, Petitioner mailed the foregoing by US Mail to US District Court of New York, Clerk of Court at 500 Pearl Street New York, NY 10007.

Joseph D. Gilberti, P.E. #2024-2237

CC/ Mayor Adams, NYDEP,
Gov NY/NJ, FBI, DHS,
Council Nat'l Defense

Sarasota Jail
2020 Main Street
Sarasota, FL 34236

(Kidnapped by
Judge Dunas Here
before - 7 months
illegal!)

(12

Joseph D. Stainle, P.E.
#4549-1239
Strand Jail
2050 Main Street
Florida, FL 33436

SHAWANGUNK
2024 SEP 20  PM 3: 15

U.S. District Court of Southern New York
Clerk of Court
500 Pearl Street
New York, NY 10007





# A SUSTAINABLE DRINKING WATER SUPPLY FOR NEW YORK CITY

## ST. ANOTHONY'S BLUE GOLD TRANSMISSION ALIGNMENT
GEORGE WASHINGTON ROCK, NEW JERSEY TO NEW YORK CITY

TO

REVITILIZE ENVIRONMENT, ECONOMY AND HEALTH

SERVING

## EASTERN NEW JERSEY AND NEW YORK CITY

FOR

OWNER/ACCESS TO SECRET UNDERGROUND RIVER NEAR MOUNT WASHTUNG

**Anthony Menza**
505 Warren Road
Warren, NJ 07059

BY

Joseph D. Gilberti, Jr., P.E.
LANDTECH DESIGN GROUP, INC.
Planning, Engineering and Consulting Services
385 Donora Boulevard
Fort Myers Beach, Florida 33931
813-470-6000
gilbertiwater@gmail.com
www.gilbertibluegold.com

Certified US Mail to:

**Mayor of New York City**
**Office of the Governor of New York**
**Office of the Governor of New Jersey**
**Office of the Governor of Delaware**
**New York Department of Environmental Protection**
**New Jersey Department of Environmental Protection**
**Natural Resource Defense Council**
**New Jersey Transit Corporation**
**Army Core of Engineers**
**American Water Company, Inc.**
**New York Department of Health**
**Department of Transportation**

November 6, 2022

PRELIMINARY ALIGNMENT AND FEASIBILITY REPORT

*PROJECT OVERVIEW*

The Menza residence is located at 505 Warren Road, New Jersey in the upper limits of Washington Rock or Washtung Mountain (old Blue Hills) toward the eastern end of New Jersey only 25miles west of New York City and approximately 2000 feet above where an old Lava spill from deep in the Earth left a massive underground river access point below our clients land.   The old, deep well with pure and endless drinking water was reserved and is the only lot in the area that was not required to hook up to the local water supply infrastructures during assessments due to the high quality of the Well and this unique access point.   The property is located in hills of Somerset County with many potential routes for a large 9ft diameter Blue Gold Transmission down existing railroad right-of-way (R/W), Interstate I-78 and 22 R/W to flow downhill into the much needed new source to all of New York City.

The location of the rural lot of approximately 1.5 acres with access to a deep basalt layer of the only historical area in New Jersey with Volcanic Trappa rock providing a alkaline type source, which is also location very close to large populations such as eastern New Jersey and New York City.



Alignment 1 - I-78 from Washington Rock to New York City
(alternative links from SR 22, Dunellen Railroad R/W, and Power Easements)



Map of the underground formations by State of New Jersey public record USGS maps.

◀ Messages • ... 🛜     4:37 PM     ▬



🏛 nj.gov

**LandTech Design Group, Inc.** is has another large project in Florida showing new transmissions down CSX Railroads and Interstate I-75 from Sarasota Florida to Miami solving the Florida North South conflict for over 10yrs where water quality and shortages from the same type of old style designs using reservoirs and rain dependency. Our new site resourcing and engineering concepts solve major water supply problems and lower the utility, water bills, taxes and risk to States and is being implemented in larger regions and now in your area, to help the American People move away from the old ways of water supply risk factors and issues that we request to discuss below in workshops with Staff and Agencies from New York City, New Jersey and Delaware systematically to expedite.

(1) Alignments alternative down local roadways, Highways, existing Railroad R/w and Power easements.

(2) Project Prospectus for Job Creation from Spring Water to the Tap of Homes in eastern New Jersey and New York City

(3) Overall 30 mile Transmission Alignments from Washington Rock or Washtung Mountain (Old Blue Hills) to New York City.

**(4) Water Readings and Historical maps of secret hidden resource and through LandTech Design** Group, Inc., new Hypothesis for Water Origin Theory showing endless Water below hidden by EPA Ice Comet theory

**(5) Demands and Flows needed along alignment (preliminary)**

(6) Appendix
- New York Aqua-duct failure reports showing upcoming disasters
- New York current Aqua-Duct System Shutdown in June 2022
- Arsenic leaking in System without warnings in NYC from aqua-ducts no longer sustainable to the Public on a major and long time Level of Service
- Florida's 300mile Blue Gold Pipeline from KT Event showing similar secret resources that can solve the whole nations water supply with new science and access points.

*WORKSHOP REQUEST WITH NEW YORK CITY MAYOR AND STAFF*

Although this report is submitted preliminary, we have much more in our file, but wish to discuss the Water Supply interconnection models, future Capital improvement funds, matching funds and of course the Public Need which this new hidden resource may be expedited for funding as an Alternative Drinking Water Resource in case the ENTIRE AQUA-DUCT collapses into New York City from the 250yr old system, that has over 80yr old concrete aqua-ducts failing, that may create a massive Pandemic in New York City of NO WATER SUPPLY within days of the Collapse.

This system could stabilize the Risk within 2yrs construction, with the ability to allow the old system to be shut down in phases so in the end there are two sources from two different States serving New York city. The existing old system under duress from Delaware and the new proposed System via St Anthony's Blue Gold Pipeline. The failures and leaks within the Delaware system has caused home flooding which is a function also of the old system.



*Diagram 1*

Water Supply ready to collapse at Aqua-ducts affecting over 20million People in New York and Delaware instantly (80 to 400yr old infrastructure needs replacement)



*Diagram 2*
Water Supply DEPENDS ON RAIN and subject to droughts and ready to collapse at Aqua-ducts affecting over 20million People in New York and Delaware instantly
(80 to 400yr old infrastructure needs replacement)

*CONCLUSION*

Our new deep underground resource and proposed Blue Gold (primary Water Cycle) alignment not only provides better quality but a closer and more sustainable water source while the existing sources from Delaware systems will continue to increase in cost through renovations in perpetuity due to the age of concrete and other factors of use and break down. No matter how long you try the existing system while eventually fail and stop water to New York as warned to the Public by the Engineers in the region with an emphasis in multiple seminars, meetings, books and reports since 2013 and getting worse. Drinking Water supply effects Local, State, Federal and Global Sustainability in every way, shape or form.

For the past 400years New York is served from surface systems and Aqua-ducts that have been renovated to concrete aqua-ducts in the 1940's which have begun again to fail since 1980's or for the past 40yrs, but with a huge risk to a much larger population. These constructed aqua-ducts up State from New York in Delaware have now become a risky business in that Water Supply can be completely shut off if a collapse of the very frail reinforced concrete aqua-ducts shown in various reports in our Appendix by the National and State Authorities.

The existing water supply system in New York has even affected the population in Delaware with flooding. Reports show from the 1990's over 35million gallons per day are leaking, but fail to show whats leaking in and contaminating the water supply. Please contact our office at your earliest convenience so we can coordinate a Zoom Meeting and discuss three workshops completed with your staff in New York City on our proposal to help three States in Water Supply issues.

**Exhibit B**

**LANDTECH DESIGN GROUP, INC.**
Planning, Engineering & Consulting Services
385 Donora Blvd
Fort Myers Beach, Florida 33931
813-470-6000 Direct
gilbertiwater@gmail.com

March 27, 2023                                    **US Certified Mail** _____

US Congressman Byron Donalds, Florida's 19th Congress
3299 Tamiami Trail East
Suite 105
Naples, Florida 34112
(239) 252-6225

**SUBJECT:**   **H.R. 9581 -117[th] Congress (2021-2022)** –
Blue Gold Antioxidant Spring Water Pipeline along Seminole Rail Right of Way
for Economic Growth, Disaster Relief Lower Cancer/Disease Rates at Taps, NO
Water Restrictions for Regional Drinking Water Supply Sustainability/Resiliency

**PROJECT:**   **CLOSER TO THE HEART** – 75 mile Blue Gold Pipeline (Manatee to Naples)
- Peace River Manasota Water Supply Loop Option & West Florida
Alignment down CSX/Seminole Gulf Railway

**RE:**   **Request for Special Presentation to assist in H.R. 9581, New Medicine,**
**National Defense, FEMA Stafford Act Pro Active Relief for Hurricane Ian**
-Include our Florida and New York/New Jersey Blue Gold Transmission
Project(s) in H.R. 9581
-Obtain Executive Order from Desantis or Biden for Water Supply and
new National Defense Resources in Water Supply found.
-Future Sustainability, Healthcare and Job Growth from new underground
unique Resources.

Dear US Congressman Byron Donalds,

My name is Joseph Gilberti, P.E., I live on Fort Myers Beach, who met you a month ago at the Bonita Spring Town Hall meeting held at the Church on February 21, 2023. I mentioned the COVID19 mask shown on our US Concurrency ($20bill) since 1999.

The reason for this letter is we want to meet in person at your office or our large Sarasota/Manatee/Desoto Ranch property with a **Secret underground River**, to present this 10-year public record Spring Water Infrastructure project in Florida and another in New York for

Regional water supply and Global knowledge hidden from the Public on Water Supply that can ride along your House Bill for Short Rail Disaster Relief via H.R. 9581 recently brought to Americans in December 2022 due to Hurricane Ian.    I live on Fort Myers Beach so we appreciate the help and consideration.

This Natural Resource and critical underground knowledge to find more in days via underground Secret River from Meteor Impact has been hidden by FEMA and others to increase risks to Americans in all directions.    It has been verified by Energy consultants and more and my civil rights have been attacked by the DOJ for years to hide it.  My kids and family have been attacked at all levels of law enforcement crooked Judges and Lawyers to hide this World Resource from Americans.

My plan prior to Hurricane Ian was an alignment down the old Seminole Gulf Railway, which can be better used for Water Supply transmission, but we can use both or mitigate a future rail down the future 10 lane widening planned down FDOT US I-75 from Sarasota to Naples. This phasing can be more clearly explained to tandem your efforts with Seminole Gulf Railway and west Florida home owners and businesses.

We have discovered a unique underground river showing water and health readings off the chart, that is ready to install at 6' Blue Gold Pipeline from our Ranch in Sarasota south to Peace River Water Plant (see Manatee and Lee County workshop letters and FDEP Permits corres) and continue down old Seminole Gulf Railway to Naples bringing FIJI Water to the Tap using the Train for supplies to finish quicker as a team.

This project includes a Master build out plan to install two additional 9-dia Transmissions for Southwest Florida and South Florida as shown on our Website cover page at www.gilbertibluegold.com since 2015.  These documents have been submitted to FDOT District 1, 3, 4, 5 & 6, EPA, FEMA, Governor Ron Desantis and all Commissioners from Tampa to Miami with many video presentations from Cancer Victims, Children, Professionals and Court showing the major attention surrounding this secret underground resource hidden by the Media for some reason.

The Florida resource is from a buried Meteor Impact and titled Florida Platform per our Energy consultants; while the New Jersey resource is a buried Volcano at the Washtung Mountains or as we know "Washington Rock" just 25miles east and 500feet above a City that is under risk of aqua ducts collapsing causing a Catastrophic Event.  Both resources are near CSX

LANDTECH DESIGN GROUP, INC
813-470-6000
www.gilbertibluegold.com

Right of way that we can inside information that CSX and FEMA knew of the resources prior to many Hurricanes such as but not limited to, Hurricane Sandy and Hurricane Ian.

With your help, voice in Southwest Florida, and our coordination with local universities we can potentially get both your H.R. Bill passed with much more Grant assistance with a far Greater Return to the People, not just the railway company's operation pursuant to your proposal.

## H.R.9581 - Short Line Railroad Relief Act 117th Congress (2021-2022)

BILL

Hide Overview

**Sponsor:** Rep. Donalds, Byron [R-FL-19] (Introduced 12/15/2022)

**Committees:** House - Transportation and Infrastructure

**Latest Action:** House - 12/16/2022 Referred to the Subcommittee on Railroads, Pipelines, and Hazardous Materials. (All Actions)

**Tracker: Tip** This bill has the status Introduced
Here are the steps for Status of Legislation:

1. Introduced

## Byron Donalds Champions the Short Line Railroad Relief Act

By
**Kevin Derby**
-
December 22, 2022, 3:00 pm

*In the final days of the current Congress, U.S. **Rep. Byron Donalds**, R-Fla., is pushing the "Short Line Railroad Relief Act."*

*The bill, which Donalds introduced last week, "authorizes the establishment of a disaster relief program to provide much-needed immediate financial assistance to our nation's short line railroads."*

*Donalds explained why he was championing the proposal.*

*"Hurricane Ian devastated various areas of Southwest Florida and among one of the hardest hit entities was the catastrophic damage to Seminole Gulf Railway. When a storm of this magnitude*

3                LANDTECH DESIGN GROUP, INC
                 **813-470-6000**
                 www.gilbertibluegold.com

*and destruction hits any area of our nation, it is the federal government's responsibility to make available the necessary resources to rebuild and restore vital components of a community. The Short Line Railroad Relief Act isn't a measure to rubberstamp reckless spending; this bill establishes a means for critical relief for American short line railroads in the event of catastrophic damage following a natural disaster," Donalds said.*

*"The United States is home to more than 600 small business short-line freight railroads that have a vital role in transporting materials from various economic sectors, such as: industrial manufacturing, agriculture, energy, chemicals, minerals, metals, timber, and much more. Currently, federal programs fail to provide short line railroads with immediate financial relief after natural disasters," the congressman's office noted.*

Six House Republicans are backing the bill as co-sponsors. The bill was sent to the U.S. House Transportation and Infrastructure Committee which referred it to the U.S. **House Railroads, Pipelines, and Hazardous Materials Subcommittee.** So far, there is no companion measure in the U.S. Senate.

Kevin Derby
Originally from Jacksonville, Kevin Derby is the editor of Florida Daily and covers politics across Florida. Reach Kevin at kevin.derby@floridadaily.com

## SPECIAL PRESENTATION AND MEETING REQUEST

This is a request to meet to discuss the above project. This project brings the following benefits to your tax payers with no cost to them.

-        Endless FIJI quality spring water to taps Sarasota to Naples
-        No Water Restrictions and higher resilience from Natural Disaster
-        Lower Water and Energy Bills throughout West Florida
-        No dependency on rain or river discharges or sea level rise
-        Major increase in Health, Environment and Economic Sustainability from hidden underground resource
-        No Pollution/Red Tide/GMO worries along Rivers for Drinking Water

We are proposing to pay and finish the loop option and wish coordinate with the Commission, staff and Manatee Ports for a much higher level of service in Water Quality and Supply from a secret underground River on Daughtrey/Flint Properties. This natural resource brings Economic drivers to widen S.R. 64 and S.R. 70 across the State and become a major trade in Farming, Food and Natural Defense to both Florida and the United States.

The Project not only completes the half built Loop Option stalled since the 1990's while adding a new 75mile Blue Gold Transmission (Antioxidant Spring Water) and 16-inch Airport

LANDTECH DESIGN GROUP, INC
813-470-6000
www.gilbertibluegold.com

Fuel Transmission pipeline down the old CSX/Seminole Railway right of way that was recently destroyed even further from Hurricane Ian giving us Grant opportunities for new Transmission bridges and move the Train to a High Speed Rail on I-75 for future Long Range Transportation elements already imposed at FDOT District 1 in 2013.    This will coordinate with an INTERCONNECT WATER SYSTEM to Manatee, Sarasota, Desoto, Charlotte, Lee and Collier Counties and their multiple Cities and private CDD's within.

An application to the FDEP State Revolving Fund which allows matching funds from FEMA can work with the Disaster Relief House Bill you propose in the next months to bring millions the healthiest Water to the Tap ever seen on Earth, many housing jobs and a potential Alkaline Housing Boom and model this project and the New York Project bring to America and other Nations once we all share this underground unique knowledge for unique Water supply resources hidden deep underground.

**Please contact the Ranch owner(s) Robert Flint at 863-990-0932** or myself at your earliest convenience to discuss this unique unlimited Natural Resource we are offering to the Public, so we can meet with you in person to discuss the project and how we can help your community very quickly.    We would also like to invite you to the property to test the resource yourself with staff so we can expedite the coordination of the HIGHER LEVEL OF SERVICE raw drinking water resource for the region.

**LANDTECH DESIGN GROUP, INC.**
Regards,

*Joe Gilberti*

Joseph D. Gilberti, Jr., PE
President
385 Donora Blvd
Fort Myers Beach, Florida 33931
Gilbertiwater@gmail.com
www.gilbertibluegold.com
813-470-6000

cc:\ PRWSA\USGS\FDEP\FDOH\FDOT\Hospitals\ACOE\Joe Biden\CSX\Seminole Gulf Railway\Ron Desantis\FDEP\Dept of Health Naples to Tampa\RF\RM\ELA\CD\AE\

Enclosures

## EXHIBIT A

*Permitted Alignment plans to Peace River Manasota that ties to CSX/Seminole Railway down to Marco Island from Sarasota from EPA hidden Secret underground access to Oceans of Spring Water to the Taps of Millions with Medicine aspects (350MGD to 750MGD)*



Connection from S.R. 72 Clark Road Tri-County Monument at Flint Farms Peace River Loop Option See attached Engineering Plans submitted to FDEP Jon Iglehart Fort Myers Office May 2020 approved by Desoto County and ready to start Construction to serve Taps.

6

## EXHIBIT B

*Existing Seminole Gulf Railway/CSX being replaced by Blue Gold and Airport Fuel Transmission to lower Fuel Truck Traffic and provide FREE HEALTHCARE at the Tap of Homes, Hospitals, Schools and Businesses*



LANDTECH DESIGN GROUP, INC
                                    813-470-6000
                                    www.gilbertibluegold.com

## EXHIBIT C



**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com

# EXHIBIT D

*Bring Healthiest Antioxidant and Foods to major expansion and Jobs at Manatee Ports via Panama Canal Trade for overall Economic Growth, Cruise-line tourism and Food Production in Eastern Myakka Ranchlands from unique water supply and Technology*





**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com

# EXHIBIT E
*Health Scan of Water Readings unique to Human Health and Economic Sustainability to the South Florida Regions to lower utility costs and taxes*

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 3.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 1 of 3**
info@etrlabs.com    www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

**EXHIBIT E**
*(Continued)*

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. . Point of collection: Well #2

**Health Scan Report**

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| **Organic Analysis** | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | No Limit |
| 1,4-Dichlorobenzene | Not Detected | 600.0 ug/L |
| Dichlorodifluoromethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethena | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the samples and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 2 of 3**
info@etrlabs.com    www.etrlabs.com

**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com

# EXHIBIT E
## *(Continued)*

**ETR** Environmental Testing & Research
Laboratories

**Report #:** 11712156

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell  FL 34266

**Phone** (813) 470-6000
This sample taken by Joe Gilberti, P.E. at 3:00:00 PM
on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | No Limit |
| Monochlorobenzene | Not Detected | | 5.0 ug/L |
| Napthalene | Not Detected | | 100.0 ug/L |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | No Limit |
| 1,1,1,2-Tetrachloroethane | Not Detected | | 100.0 ug/L |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | No Limit |
| Toluene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | 1000.0 ug/L |
| 1,2,4-Trichlorobenzene | Not Detected | | No Limit |
| 1,1,1-Trichloroethane | Not Detected | | 70.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 200.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | 5.0 ug/L |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested.
Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.     Leominster MA 01453-4864     (978) 840-2941     (800) 344-9977     **Page 3 of 3**
info@etrlabs.com     www.etrlabs.com

12          **LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com

## EXHIBIT F
*FDEP Fort Myers Lee County- Record Permitting*



**FLORIDA DEPARTMENT OF**
**Environmental Protection**

South District
PO Box 2549
Fort Myers FL 33902-2549
SouthDistrict@FloridaDEP.gov

Ron DeSantis
Governor

Jeanette Nuñez
Lt. Governor

Noah Valenstein
Secretary

October 19, 2020

Joseph Gilberti, P.E.
gilbertiwater@gmail.com

Re:     DeSoto County – Potable Water
        Facility Name: Closer to the Heart
        Facility ID: 6142734
        DEP Application No.: 78714-026-DS

Dear Mr. Gilberti:

Thank you for your application for your concern about the processing of your application for the Closer to the Heart Project. We asked for signatures from the utility on the application form, a Public Service Commission Certification and authorization from the owners of the lands the water line will go through. You requested a dryline permit to allow for more time to secure the authorizations. All permits are issued with these authorizations. Dryline permits are issued when critical facilities (such as pump stations and treatment facilities) have not been built.

These are the reasons we need the authorizations:

> Your project will provide water to the Peace River Manasota Regional Water Supply Authority. This utility must sign the application to bind itself to ensure proper operation.

> We need approval from the owners of the properties where the pipeline will be installed. The Department may not convey any rights, privileges, title of other entities' properties. That permission must come from the property owner.

> We need a copy of the Public Service Commission's (PSC) certificate authorizing you to provide the water service. This certificate is required for every public water system in DeSoto County. This certificate grants you the service territory for water. Without the certificate the Department may not issue a permit.

> Without these approvals, any permit the Department issues will not meet the minimum requirements for water systems. Our intent is to permit projects that meet the basic requirements. When the project conforms to the rules, we can successfully defend challenges in court.

I also asked by email on June 24 about plans and construction though the wetlands as well as diameters for flushing stations. These questions are not as critical as securing the authorizations. I can authorize up to 90 more days for you to provide the authorizations. Please let me know if you need it.

I hope this letter clarifies the Department's needs for permitting.

Sincerely,

Nolin Moon
Environmental Administrator

LANDTECH DESIGN GROUP, INC
813-470-6000
www.gilbertibluegold.com

## **EXHIBIT F**

*Access to secret Under-ground River from Tilted Platform via KT Event*
*With*
*Phase 1 Engineering Plans to Peace River WTP per FDEP Permit review*



**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
<u>www.gilbertibluegold.com</u>

# EXHIBIT G



**AQUIFER MAINTENANCE AND PERFORMANCE SYSTEMS**

7146 Haverhill Road • West Palm Beach, FL 33407 • 561-494-2844

November 22, 2021

To Whom It May Concern:

Re: CLOSER TO THE HEART

Over the past 13 years I have supervised & used downhole video units and water quality logging trucks in a variety of areas including Closer to the Heart. Based on the results obtained during our pull back zone testing, water quality is extremely good for both this area and depth, the pH values during zone testing ranged from 7.8 to 11

If you have any questions about the above information or if we may be of any further assistance please don't hesitate to call. Thank you.

Sincerely,

*Jim Murray*

Jim Murray
President

FOR YOUR TOTAL PUMP AND WELL FIELD NEEDS
PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com

15                          **LANDTECH DESIGN GROUP, INC**
                                       **813-470-6000**
                                  www.gilbertibluegold.com

# EXHIBIT H



**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com

# EXHIBIT I-1



**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com



LANDTECH DESIGN GROUP, INC.

CLOSER TO THE HEART
SPRING WATER TRANSMISSION PLAN
FORT DISTRICT 1 DESIGN DEVELOPMENT

GILBERTI WATER COMPANY, LLC
TRANSMISSION ALIGNMENT PLAN

18

**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com



19

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com



**LANDTECH DESIGN GROUP, INC**
**813-470-6000**
www.gilbertibluegold.com



CLOSER TO THE HEART
SPRING WATER TRANSMISSION PLAN
PILOT DISTRICT 4 & 5 DESIGN DEVELOPMENT

GILBERT WATER COMPANY, LLC
TRANSMISSION ALIGNMENT PLAN

LANDTECH DESIGN GROUP, INC.
REAL ESTATE DEVELOPMENT & CONSULTING

21

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

Exhibit E C

Fraud Transfer by Sarasota County and Commission, Ron
DeSantis, and Sarasota Judges to Hide Secret Aquifer from the
People Stealing Over $5 million in FEMA Tax Base

## SWORN REQUEST FOR PROSECUTION BY COMPLAINTANT

"I desire prosecution in this case and request the State Attorney's Office and attorney generals in Florida & Attorney General for the United States of America to review it for prosecution. I and many witnesses will be present for any required court dates should this case be prosecuted."

### COMPLAINANT INFORMATION:

COMPLAINANT'S NAME:  JOSEPH D. GILBERTI, P.E.

ADDRESS: 385 DONORA BLVD, FORT MYERS BEACH, FLORIDA 33931

CELL PHONE: 813-470-6000    HOME PHONE: N/A

EMAIL ADDRESS: gilbertiwater@gmail.com

EMPLOYER:    LANDTECH DESIGN GROUP, INC.  WORK PHONE: 813-470-6000

### SUSPECT INFORMATION:

SUSPECT'S NAME:  RYAN SNYDER

RACE: WHITE  SEX: MALE  DATE OF BIRTH (IF KNOWN):  APPROXIMATELY 40YRS OF AGE

ADDRESS (IF KNOWN): _____

RELATIONSHIP TO COMPLAINANT:  NONE

LENGTH OF TIME KNOWN SUSPECT: Known of Mr. Snyder as attorney for 72 Partners LLC which includes suspects as well who are members, Lee Pallardy, Thomas Howze, Kenny Harrison, Laurence Hall and Matt Harrison

### ADDITIONAL SUSPECTS (IF ANY):

Suspect's Name (2):  Thomas Howze, partner of 72 Partners llc

Race:  white  Sex:  male  Date of Birth (If Known):  approximately 85yrs of age

Address (If Known):   Myakka City, Florida

Relationship to Complainant:  none

Length of Time Known Suspect: approximately 10yrs from litigations


Suspect's Name (3): Lee Pallardy, partner of 72 Partners llc

Race:  white  Sex: male  Date of Birth (If Known): approximately 85yrs of age

Address (If Known): Myakka City, Florida

Relationship to Complainant:  none

Length of Time Known Suspect: approximately 10yrs from litigations

Suspect's Name (3): Sarasota County Board of County Commissioners

Race:  varies  Sex: varies   Date of Birth (If Known): varies

Address (If Known): Sarasota County Commission Chambers and abroad

Relationship to Complainant:  none

Length of Time Known Suspect: approximately 10yrs from Water supply presentations and file RICO cases, water supply infrastructure permits submitted, etc.


## POLICE REPORT INFORMATION:

**DID COMPLAINANT CALL LAW ENFORCEMENT?**  YES

- ☐  What agency responded -  PHONE CALLS TO SARASOTA COUNTY, LEE COUNTY, CAPITOL POLICE AND FBI – also Cecil and Patty Daughtrey filed in November 2021 with Sam Esber PLS a professional land surveyor.  It was filed on cattleman Branch in Sarasota County.

- ☐  Who was the reporting officer? not sure, but these witnesses are available

- ☐  If complainant did not contact law enforcement, please explain why: n/a

Police Report (CCR) Number:  No copies were provided but witnesses who filed are available.

Date of Incident (Or date range): October 5, 2020

Location of Incident: Online foreclosure sale in Sarasota – 72 Partners vs Cecil Daughtrey Case 2011 CA 04209 NC


**Crime Noted on Police Report:**

1.  *817.29  Cheating*
2.  *817.535 - Unlawful filing of false documents or records against real or personal property.*
3.  *817.545 - Mortgage fraud*
4.  *817.540 - Obtaining of mortgage, mortgage note, promissory note, etc., by false representation*

## CRIME INFORMATION:

Was the Suspect Using Alcohol or Drugs? <u>Unknown</u>

Was the Complainant Using Alcohol or Drugs? <u>No</u>

Please list all witnesses who observed any part of the criminal offense, including their phone number, home address, and email address (if known):

1. Cecil Daughtrey - 9438 Daughtrey Road, Sarasota Florida 34266.
   863-244-8972
   Buckdaughtrey58@gmail.com

2. Patricia Daughtrey - 9438 Daughtrey Road, Sarasota Florida 34266
   863-441-3387
   Mrs.pattyd@yahoo.com

3. Robert Flint - 2442 Northwest Flint Road, Arcadia, Florida 34266
   863-990-0932
   Flintfarms5277@yahoo.com

4. Sam Esber, P.LS. - 5914 Palmer Blvd., Sarasota FL 34232
   941-379-8831
   Asepls4349@gmail.com

**Was there property damage?** <u>Yes</u>

- ☐ What property was damaged? <u>Years of damage blocking use of the property with RICO gang of locals tied to multiple racketeering cases, including Gilberti vs Pentagon, et al.</u>

- ☐ What is the approximate value of the damaged property? <u>Over $50million</u>

- ☐ Do you have documentation of the property loss? (Receipts, repair estimates, repair bills? <u>Available upon request.</u>

**Do you have any other photographs or materials related to the incident (Ex.: text messages, emails, voicemails, surveillance video, etc.)? Please describe or attach any relevant documentation:**

See Attached documentation with more detail available upon request.

### - THE CRIME -

**Please give a brief recitation of the facts.** (attach an additional page, if necessary):

Ryan Snyder and suspects set a foreclosure sale through advertisement for over 2300 acres and 6 separate parcels of land late August 2020 and SWITCHED OUT THE LEGAL DESCRIPTION, per the Clerk, the DAY OF THE SALE on OCTOBER 5, 2020.

Ryan Snyder and suspects replaced the legal with a 96acre homestead parcel where Daughtrey was reserved in Bankruptcy Court, so it only bid to $185,001.00 dollars for a massive advertisement of over 2300 acres and six parcels.

Sarasota Commissioners and Environmental Staff with FDEP coordinated stealing $3.5mil in Environmental easement funds, buying a 1000acre easement in the process when they simple could have PURCHASED THE WHOLE PROPERTY for $185,002.00 dollars? Demonstrating the RACKETEERING with Tallahassee Water Supply funding and easements being played to pump polluted rivers from Desoto INTO Sarasota Taps for another 20yrs knowing this underground river existed showing WHITE COLLAR CRIMES involving Commissioners, Cops and Judges in region.

A copy of the LIES and they suspects on the stand in Hillsborough County in front of Judge Lynne Goudie on January 28, 2022 is shown below in link and is Public record for Hillsborough Case, State vs Gilberti – **Case 16-CF-10976-A.**

**THIS VIDEO IS FULL PROOF OF SUSPECTS TESTIFYING TO THE FRAUD ON STAND BLAMING EACH OTHER AND THE COUNTY STATE ATTORNEYS OFFICE IN SARASOTA!! ED BRODSKI AND CHRIS HALLET WITH MARK ADAMS, ESQ.**

https://drive.google.com/file/d/18Ni8ffvpTDwVmBsWgcwIvX97Q1LDZbMZ/view?usp=drive_web.

This video zoom hearing is public record at Hillsborough County Clerk of Court to the public if link is not available for case 16-CF-10976-A, where Judge Mark Wolfe, Public Defender Chris Shaw, and State Attorneys April Johnson, Andrew Warrens office and more fabricated emails with Pam Bondi and Mark Ober to subdue Defendant illegally timed with lien cases, record terrorism acts based on emails or engineering submittals to FDEP, as shown in Gilberti vs Desantis, et. al, docketing at the US Supreme Court with Sarasota county commissioners, just like this many Sarasota related RICO cases have shown.

This was the only online sale for Sarasota that day with the Sheriff and County comptroller and online auction system.

This sale was from a Sarasota foreclosure in dispute, that involves a unique hidden US Resource for Water Supply, a gang of FDEP and EPA agencies and local developers have been hiding, giving him a Motive to do so,

**What is your desired outcome for the case?** To have suspects arrested for crimes and land returned to the proper owners and to move all their cows off the property immediately that could be damaging a critical US Water Supply resource with their actions and crimes against Humanity documented as related to hiding and doing this Land Grab with Sheriff Hoffman and Det Wyche of Sarasota County.

I swear and affirm the information on this form is true and correct.

**Complainant's Signature**      *Joe Gilberti, PE*

Date:  August 9, 2022          Joseph Gilberti, P.E.

## FLORIDA LAWS RELATED TO COMPLAINT AND CRIMES BY SUSPECTS

**817.29  Cheating.**—Whoever is convicted of any gross fraud or cheat at common law shall be guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

**History.**—s. 54, ch. 1637, 1868; RS 2475; GS 3344; RGS 5187; CGL 7290; s. 860, ch. 71-136.

**817.535  Unlawful filing of false documents or records against real or personal property.**—

(2)(a)A person who files or directs a filer to file, with the intent to defraud or harass another, any instrument containing a materially false, fictitious, or fraudulent statement or representation that purports to affect an owner's interest in the property described in the instrument commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)A person who violates paragraph (a) a second or subsequent time commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(3)If a person is convicted of violating subsection (2) and the owner of the property subject to the false instrument is a public officer or employee, the offense shall be reclassified as follows:

(a)In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(4)(a)If a person is convicted of violating subsection (2) and the person committed the offense while incarcerated in a jail or correctional institution or while participating in a pretrial diversion program under any form of pretrial release or bond, on probation or parole, or under any post release supervision, the offense shall be reclassified as follows:

1.In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

2.In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)If a person's offense has been reclassified pursuant to this subsection, the sentencing court shall issue a written finding that the offense occurred while incarcerated in a jail or correctional institution and direct that a copy of the written finding and judgment of conviction be forwarded to the appropriate state institution or county facility for consideration of disciplinary action and forfeiture of all gain-time or any early release credits accumulated up to the date of the violation.

(5)If the person is convicted of violating subsection (2) and the owner of the property covered by the false instrument incurs financial loss as a result of the instrument being recorded in the official record, including costs and attorney fees incurred in correcting, sealing, or removing the false instrument from the official record as described herein, the offense shall be reclassified as follows:

(a)In the case of a felony of the third degree, to a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)In the case of a felony of the second degree, to a felony of the first degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(6)A person who fraudulently records a claim of lien in the official records pursuant to part I of chapter 713 is subject to the fraud provisions of s. 713.31 and not this section.

(7)If a person is convicted of violating this section, the sentencing court shall issue an order declaring the instrument forming the basis of the conviction null and void and may enjoin the person from filing any instrument in an official record absent prior review and approval for filing by a circuit or county court judge. The sentencing court may also order the instrument forming the basis of the conviction sealed from the official record and removed from any applicable electronic database used for recording instruments in the official record.

(8)(a)Any person adversely affected by an instrument filed in the official record which contains a materially false, fictitious, or fraudulent statement or representation has a civil cause of action under this section without regard to whether criminal charges are pursued under subsection (2). A notice of lis pendens in accord with s. 48.23 shall be filed which specifically describes the instrument under challenge and the real or personal property affected by the instrument.

(b)Upon a finding that the instrument contains a materially false, fictitious, or fraudulent statement or representation such that the instrument does not establish a legitimate property or lien interest in favor of another person:

1.The court shall determine whether the entire instrument or certain parts thereof are null and void ab initio. If the court finds the instrument void in its entirety, it may order the instrument sealed from the official record and removed from any electronic database used for indexing or locating instruments in the official record. The court may also, permanently or for a period of time, enjoin the defendant who filed the instrument or who directed the filer to file the instrument from filing or directing a person to file an instrument in the official records without prior review and approval for filing by a circuit or county court judge, provided that as to third parties who may have given value for an interest described or granted by any instrument filed in violation of the injunction, the instrument shall be deemed validly filed and provides constructive notice, notwithstanding any failure to comply with the terms of the injunction.

2.Upon a finding of intent to defraud or harass, the court or jury shall award actual damages and punitive damages, subject to the criteria in s. 768.72, to the person adversely affected by the instrument. The court may also levy a civil penalty of $2,500 for each instrument determined to be in violation of subsection (2).

3.The court may grant such other relief or remedy that the court determines is just and proper within its sound judicial discretion.

(c)The prevailing party in such a suit is entitled to recover costs and reasonable attorney fees.

(d)The custodian of any official record shall, upon payment of appropriate fees, provide a certified copy of the sealed instrument to the party seeking relief under this section for use in subsequent court proceedings; in addressing or correcting adverse effects upon the person's credit or property rights, or reporting the matter for investigation and prosecution; or in response to a subpoena seeking the instrument for criminal investigative or prosecution purposes.

(e)Upon request, the custodian of any official record shall, upon payment of appropriate fees, provide a certified copy of the sealed instrument to any federal, state, or local law enforcement agency.

(f)If feasible, the custodian of the official record where the instrument is recorded shall record any court order finding that the instrument is null and void in its entirety or in certain parts thereof.

(g)An instrument removed from an electronic database used for recording instruments in the public record pursuant to this section shall be maintained in a manner in which the instrument can be reduced to paper form.

(9)A government agency may provide legal representation to a public officer or employee if the instrument at issue appears to have been filed to defraud or harass the public officer or employee in his or her official capacity. If the public officer or employee is the prevailing party, the award of reasonable attorney fees shall be paid to the government agency that provided the legal representation.

(10)This section does not apply to the procedures for sealing or expunging criminal history records as provided in chapter 943.

History.—s. 1, ch. 2013-228.

**817.54 Obtaining of mortgage, mortgage note, promissory note, etc., by false representation.—** Any person who, with intent to defraud, obtains any mortgage, mortgage note, promissory note or other instrument evidencing a debt from any person or obtains the signature of any person to any mortgage, mortgage note, promissory note or other instrument evidencing a debt by color or aid of fraudulent or false representation or pretenses, or obtains the signature of any person to a mortgage, mortgage note, promissory note, or other instrument evidencing a debt, the false making whereof would be punishable as forgery, shall be guilty of a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

History.—s. 1, ch. 63-142; s. 880, ch. 71-136.

**817.545 Mortgage fraud.—**

(2)A person commits the offense of mortgage fraud if, with the intent to defraud, the person knowingly:

(a)Makes any material misstatement, misrepresentation, or omission during the mortgage lending process with the intention that the misstatement, misrepresentation, or omission will be relied on by a mortgage lender, borrower, or any other person or entity involved in the mortgage lending process; however, omissions on a loan application regarding employment, income, or assets for a loan which does not require this information are not considered a material omission for purposes of this subsection.

(b)Uses or facilitates the use of any material misstatement, misrepresentation, or omission during the mortgage lending process with the intention that the material misstatement, misrepresentation, or omission will be relied on by a mortgage lender, borrower, or any other person or entity involved in the mortgage lending process; however, omissions on a loan application regarding employment, income, or assets for a loan which does not require this information are not considered a material omission for purposes of this subsection.

(c)Receives any proceeds or any other funds in connection with the mortgage lending process that the person knew resulted from a violation of paragraph (a) or paragraph (b).

(d)Files or causes to be filed with the clerk of the circuit court for any county of this state a document involved in the mortgage lending process which contains a material misstatement, misrepresentation, or omission.

(3)An offense of mortgage fraud may not be predicated solely upon information lawfully disclosed under federal disclosure laws, regulations, or interpretations related to the mortgage lending process.

(4)For the purpose of venue under this section, any violation of this section is considered to have been committed:

(a)In the county in which the real property is located; or

(b)In any county in which a material act was performed in furtherance of the violation.

(5)(a)Any person who violates subsection (2) commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

(b)Any person who violates subsection (2), and the loan value stated on documents used in the mortgage lending process exceeds $100,000, commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084.

History.—s. 13, ch. 2007-182; s. 2, ch. 2008-80.

**EXHIBIT A**



Home     About Us     FAQ     Contact Us

Monday October 5, 2020

< < Previous Auction     Current     Next Auction > >

Pursuant to new legislation effective July 1, 2008, F. S. 45.031(10), and F. S. 197.542 (4)(a),(b) the Clerk may conduct the sale of real or personal property under an order or judgment by electronic means, and tax deed sales in lieu of public outcry.

## Running Auctions

There are no cases currently being auctioned.

## Auctions Closed or Canceled

page 1 of 1

| Auction Sold 10/05/2020 09:08 AM ET | Auction Type: | FORECLOSURE |
| | Case #: | 2011 CA 004209 NC |
| | Final Judgment Amount: | $8,479,618.47 |
| Amount $185,003.00 | Parcel ID: | 1011001030 |
| | Property Address: | 9438 DAUGHTRY RD SIDELL, 34266 |
| Sold To Plaintiff | Assessed Value: | $87,487.00 |
| | Plaintiff Max Bid: | Hidden |

page 1 of 1

PDF generated by deskPDF Creator Trial - Get it at http://www.docudesk



# 9438 Daughtry Rd Sidell, Arcadia, FL 34266

Auction Date: 06/22/20 ·
Status: Canceled · Land ,
4,200,881 sqft of Land



Map data ©2020  Imagery ©2020  Maxar Technologies, U.S. Geo

| **Map** | Satellite |

   

**AMPS**  **AQUIFER MAINTENANCE AND PERFORMANCE SYSTEMS**

7146 Haverhill Road • West Palm Beach, FL 33407 • 561-494-2844

November 22, 2021

To Whom it May Concern:

Re: CLOSER TO THE HEART

Over the past 13 years I have supervised & used downhole video units and water quality logging trucks in a variety of areas including Closer to the Heart. Based on the results obtained during our pull back zone testing, water quality is extremely good for both the area and depth, the pH values during zone testing ranged from 7.8 to 11

If you have any questions about the above information or if we may be of any further assistance please don't hesitate to call. Thank you.

Sincerely,

*Jim Murray*

Jim Murray
President

FOR YOUR TOTAL PUMP AND WELL FIELD NEEDS

PDF Created with deskPDF PDF Creator X - Trial :: http://www.docudesk.com



GILBERTI NORTHWESTERN WATER SUPPLY REGION
TAMPA - HILLSBOROUGH - PINELLAS - POLK

GILBERTI WESTERN WATER SUPPLY REGION
SARASOTA-MANATEE-CHARLOTTE-DESOTO

GILBERTI SOUTHWESTERN WATER SUPPLY REGION
NAPLES - COLLIER - LEE - FORT MYERS

GILBERTI SOUTH FLORIDA WATER SUPPLY REGION
MIAMI DADE - BROWARD - PALM BEACH

GILBERTI WATER COMPANY - 300 MILE ANTIOXIDANT SPRING WATER PIPELINE

LANDTECH DESIGN GROUP, INC.
REAL ESTATE DEVELOPMENT & CONSULTING

CLOSER TO THE HEART
ANTIOXIDANT SPRING WATER AND SOUTHERN
FLORIDA POTABLE TRANSMISSION SYSTEM

SHEET NUMBER
S-2



**THIS INSTRUMENT PREPARED BY**

Joseph D. Gilberti, Jr., President

LandTech Design Group, Inc.

~~3148 Beaver Pond Trail~~ 385 Dewara Ave

~~Valrico, Florida 33596~~ Ft Myers, FL 33931

~~(813) 470-6080~~ 813-482-8512

**Property Appraisers Tax Folio Numbers:**
**1009-00-1000 and 1011-00-1010**

```
RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2014067954  3 PG(S)
June 10, 2014  12:11:17 PM
        KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
        SARASOTA COUNTY, FL
```

Doc Stamp-Deed: $910.00

**WARRANTY DEED**

**THIS INDENTURE**, made this $26\underline{th}$ day of July, A.D. 2013 between **Cecil Daughtrey, Jr.** joined by his spouse **Patricia Ann Daughtrey,** whose address is 9438 Daughtrey Road, Sidell, Florida 34266, grantor*, and **Joseph D. Gilberti, Jr.** whose address is 3148 Beaver Pond Trail, Valrico, Florida 33596, grantee*

*"Grantor" and "Grantee" are used for singular and plural, as context requires.

   **WITNESSETH** that said grantor, for the consideration of the sum of Ten Dollars ($10.00) *and other good and valuable considerations to said grantor I hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Sarasota County, Florida, to wit:*

   *All that part of Section 1 lying North of State Road No. 72 and all that part of the East 1675.00 feet of Section 2 lying North of State Road No. 72 and the North 2068.04 feet of the West 924.27 feet of the East 2,599.27 feet of said Section 2, all in Township 38 South, Range 22 East, Sarasota County, Florida.*

   *Subject to reservations, restrictions and easements of record (360 +/- Acres)*

   **TOGETHER WITH:** All tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining, with all oil, gas and mineral rights held by grantor and by Predecessors in title.

   **THE ABOVE-DESCRIBED REAL PROPERTY IS NOT THE HOMESTEAD OF THE GRANTOR**

   And the said grantor of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**IN WITNESS WHEREOF**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____
Signature of first witness to both

_____
Cecil Daughtrey, Jr.

_____
Printed name of first witness

CARL Musselwhite

_____
Signature of second witness to both

_____
Patricia Ann Daughtrey

_____
Printed name of second witness

Jonathan Forman

**STATE OF FLORIDA**

**COUNTY OF DESOTO**

The foregoing instrument was acknowledged before me this 26th day of July, 2013, by **Cecil Daughtrey, Jr.** joined by his spouse **Patricia Ann Daughtrey**, husband and wife, who are each [X] personally known to me or who have each produced [ ] a Florida driver's license as identification, and who did/did not take an oath.

Sign _____
Notary Public, State of Florida

_____
Print Notary Name
My Commission Expires: 9/27/13

DD 907737
_____
Commission Number



# SKETCH AND DESCRIPTION

THAT PART OF SECTION 1, TOWNSHIP 38 SOUTH, RANGE 22 EAST, LYING NORTH OF STATE ROAD 72, CONTAINING 208.5 ACRES,

ALSO THAT PART OF THE EAST 1675 FEET OF SECTION 2, TOWNSHIP 38 SOUTH, RANGE 22 EAST, LYING NORTH OF STATE ROAD 72, AND THE NORTH 2098.04 FEET OF THE WEST 924.27 FEET OF THE EAST 2599.27 FEET OF SAID SECTION 2, TOWNSHIP 38, RANGE 22 EAST, CONTAINING 157 ACRES, MORE OR LESS.

MANATEE COUNTY

SARASOTA COUNTY

DESOTO COUNTY

Gilbert Ranch

STATE ROAD 72

CERTIFICATION

SURVEYORS NOTE

ESBER & ASSOCIATES
Professional Surveyors

PROPERTY NORTH OF SR 72
SECTIONS 1 & 2,
TWP. 38 S., RNG. 22 E.

SKETCH AND DESCRIPTION

EXHIBIT "A"



# A Sustainable Water Supply for South Florida

Revitalizing the Environment, Economy, & Health





## GILBERTI KT HYPOTHESIS - ENDLESS CLEAN WATER, FOOD PROVIDES WORLD PEACE.

KT Event Impact kills Dinosaurs and tilts Florida Platforms giving access to Oceans Beneath the Earth 400miles below, hidden 40yrs for Cancer Profits & Natural Resource Wars.







- Eliminate Sea Water Intrusion on Water Supply replacing Tap with Spring Water Pipeline – Port Export of Medicine Water pays US Health, Soc Security & Education!
- Reduce Local Withdrawal from Constrained Upper Aquifer & End Florida Water Wars
- Reduce Toxic Waste Disposal in Lower Local Aquifer
- Reduce Carbon Footprint and Mitigate Climate Change & Sea Level Rise
- Make Funds Available for Environmental Conservation, Preservation and Remediation

# Environmental Benefits



**ETR** Environmental Testing & Research Laboratories

Report #: 11712156
Date : 11/7/2012
P.O. Number: 102 Ck

Same as Client

State: Well Water
Client: Cecil Daughtrey Jr.
Sample Location: 9438 Daughtrey Rd
Sidell FL 34266
Phone: (513) 473-6000
This sample taken by Jon Gilbert, P.E. at 3:00:00 PM on 10/24/2012. Point of collection: Well #2

**Health Scan Report**

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.25 mg/L | 20.0 mg/L, is Mass. SEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 6.54 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 110.30 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 6.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,092.0 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 178.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 286.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | Soft Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.037 mg/L | Indicator of Waste | No Limit |
| Sulfate | 891.02 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The adequacy of the sample and results are dependent on the quality of sampling. These results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless in any liabilities arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4964    (978) 840-2941    (800) 344-9977    ete@etrlabs.com    www.etrlabs.com    Page 1 of 3



- Reestablish Real Estate Values **with Alkaline Cancer preventing homes!**
- Permit Increased Production
- Create Housing & Science Jobs
- Reduce Energy & Water Costs
- Reduce Future Capital Costs

# Economic Benefits

- Magnesium sulfate helps prevent eclampsia
- Magnesium sulfate decreases maternal mortality.
- Magnesium sulfate has been demonstrated to prevent preterm labors
- High-calcium water is beneficial to bone density
- Calcium & Magnesium improves digestive health
- Calcium & Magnesium reduces gastric, esophageal & ovarian cancer
- Calcium & Magnesium reduce heart disease
- High pH reduces cancer
- "Many renowned scientists have considered hard water as a boon as it has some fantastic health benefits that seem to encourage longer life expectancy and improved health." (Int J Prev Med. Aug 2013; 4(8): 866–875. PMCID: PMC3775162, **Potential Health Impacts of Hard Water,** Pallav Sengupta)

# Health Benefits




**Gilberti's Engineer Tech Rob Stampe Doing Business with Gov Scott in 2013.**

Rothschild World Bank owns United States Federal Reserve and worth $500 Trillion is willing to pay down entire FEDERAL DEBT in 1-Day if America allows them to fund BLUE GOLD PIPELINES & help PROTECT Israel and other Nations around the World with Gilberti Blue Gold Science to locate more access points for World Peace!

ROTHSCHILD WORLD BANK HELPS AMERICA GROW

# ETR Environmental Testing & Research Laboratories

**Report #:** 11712156

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** <u>Cecil Daughtrey Jr.</u>

**Sample Location:** 9438 Daughtrey Rd
Sidell  FL 34266

**Phone** (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

|  | Results |  | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** |  |  |  |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** |  |  |  |
| MicroAnalysis | See Attached |  |  |
| **General Chemistry** |  |  |  |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** |  |  |  |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977
info@etrlabs.com    www.etrlabs.com

Page 1 of 3

# ETR Environmental Testing & Research Laboratories

**Report #:** 11712156
**Date :** 11/7/2012
**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water
**Client:** Cecil Daughtrey Jr.
**Sample Location** 9438 Daughtrey Rd
Sidell FL 34266
**Phone** (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| **_Organic Analysis_** | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

**ETR** Environmental Testing & Research Laboratories

**Report #:** 11712156

**Date :** 11/7/2012

**P.O.Number:** 102 Ck

Same as Client

**Matrix:** Well Water

**Client:** Cecil Daughtrey Jr.

**Sample Location** 9438 Daughtrey Rd
Sidell  FL 34266

**Phone** (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. . Point of collection: Well #2

## Health Scan Report

| | Results | | | Public Drinking Water EPA Limits |
|---|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | | No Limit |
| Isopropylbenzene | Not Detected | | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | | No Limit |
| Methylene Chloride | Not Detected | | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | | 100.0 ug/L |
| Napthalene | Not Detected | | | No Limit |
| n-Propylbenzene | Not Detected | | | No Limit |
| Styrene | Not Detected | | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | | No Limit |
| Tetrachloroethylene | Not Detected | | | 5.0 ug/L |
| Toluene | Not Detected | | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | | No Limit |
| Vinyl Chloride | Not Detected | | | 2.0 ug/L |
| o-Xylene | Not Detected | | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.    Leominster MA 01453-4864    (978) 840-2941    (800) 344-9977    **Page 3 of 3**
info@etrlabs.com    www.etrlabs.com

# Exhibit P 🖊

Sarasota Judge Attack on Engineer Joe Gilberti PE that is still
Ongoing to Hide U.S. Spring Water to the Tap and Global Water
Knowledge for the Middle East that Ends all Wars and Hunger
in Days

Case No. 1:25-cv-00423-STV    Document 1    filed 02/07/25    USDC Colorado    pg 113
Case 2:24-cv-06213-PD    Document 1-1    Filed 11/18/24    Page 170 of 178
of 121

USDC IN/ND case 3:24-cv-00899-CCB-SJF    document 1-5    filed 11/04/24    page 24 of
'iling # 207041731 E-Filed 09/17/2024 10:51:24 AM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,                              CASE NO.:    21-CF-7559
    Plaintiff,

V.

JOSEPH D GILBERTI JR,
    Defendant.
_____/

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL

COMES NOW, the Defendant, JOSEPH GILBERTI, by and through his undersigned attorney, DANIEL M. HERNANDEZ, and files this Memorandum in Support of Defendant's Motion for New Trial, and alleges as follows:

1. The Court should have granted the Defendant's request for a continuance on the morning of trial. The Defendant wanted to retain a lawyer for trial but needed additional time. The Defendant is intelligent and extremely knowledgeable of the facts of the case but is not trained on how to efficiently present it to a jury abiding by the rules of evidence and procedure. Standby counsel was not the Defendant's choice and was not ready for trial regardless because the Defendant had not prepared with her. Moreover, the Defendant was not given a choice of a continuance with his standby counsel. It was an abuse of discretion for this Honorable Court to force the Defendant to trial. He needed more time to either retain counsel or, at the very least, to more effectively present his own defense. Please see page 148 of the trial Transcript.

2. The Court committed error by not allowing the Defendant to give an Opening Statement before any evidence was presented because he told the Court he was reserving it.

    The Opening Statement is an extremely important part of a case. This is the

Case No. 1:25-cv-00423-STV   Document 1   filed 02/07/25   USDC Colorado   pg 114
Case 2:24-cv-06213-PD   Document 1-1   Filed 11/18/24   Page 171 of 178
of 121
USDC IN/ND case 3:24-cv-00899-CCB-SJF   document 1-5   filed 11/04/24   page 25 of
30

first opportunity for a litigant to present their case as a cohesive whole. It is a

golden chance to present the theory of the case, build rapport with the jurors and

alert jurors there are two sides to the case. *Brooks v. State*, 175 So 3d 204 (Fla.

2015); *Occhicone v. State*, 570 So 2d 902 (Fla. 1990).

The Defendant, proceeding pro se, was thinking he could make his Opening

Statement immediately after the State finished their Opening Statement. Despite not

understanding what "reserving" meant, he asserted his intention before the State

called any witness to testify. Clearly, there was no prejudice to the State in permitting

the Defendant proceed with his Opening Statement.

It was an abuse of discretion for the Court to deny the defendant giving an Opening

Statement. He was prohibited from telling the jury what his defense was. The error

was not cured by the Defendant's Closing Argument because by that time the jury

had been exposed to only one overriding explanation. He never was able to set the

groundwork for his defense. Please see pages 183 and 187 of the Trial Transcript.

3. The Court committed error by ruling Defendant exhibits were inadmissible.

The Defendant attempted to introduce exhibits (documents) related to his pending

civil lawsuits. Criminal intent was the ultimate issue not whether the Defendant has

valid civil claims. However, the exhibit related to the Defendants civil claims were

part of his explanation why he was operating in good faith, and therefore, had no

criminal intent. Consequently, the exhibits were relevant and should have been

admitted as evidence. Please see pages 133 and 227 of the Trial Transcript.

4. The Court should have granted the Defendant's Motion to Recuse.

The Defendant filed a lawsuit against the Court in federal Court well before the trial

date. A Petition for Writ of Prohibition regarding the Defendant's Motion to

Disqualify the Court (because the Court is a witness) was pending. Even if the

Defendant missed a procedural step in processing his motion, the Court had an identifiable conflict of interest warranting recusal. Please see page 128 of the Trial transcript.

5. The Court should have granted the Defendant's Motion for Change of Venue. The Defendant argued a variety of reasons why a change of venue was crucial for him to receive a fair trial. He submitted there was too much organized fraud in the Sarasota area, the Court was part of the fraud transfer and biased toward the State and allegations had been made against county commissioners, judges and other officials in the area. With all these factors (including publicity and litigation in the area), a change of venue was necessary. Please see pg. 136 of the trial transcript.

6. The Defendant alleges each ground presented merits a new trial. However, the cumulative effect of the Court's adverse rulings against the Defendant in the above plainly shows the Defendant was denied a fair trial and requests a new trial.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic submission to the Office of the State Attorney on this 17th day of September 2024.

Respectfully Submitted,

/s/ Daniel M. Hernandez
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, PA
P.O. BOX 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Florida Bar # 229733
Attorney for the Defendant

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,
    Plaintiff,
                              CASE NO.:    21-CF-7559

V.

JOSEPH D GILBERTI JR,
    Defendant.

_____/

## ADDENDUM TO DEFENDANT'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR NEW TRIAL

    COMES NOW, the Defendant, JOSEPH GILBERTI, and files this his Addendum to his Memorandum in Support of his Motion for New Trial and alleges:

1.  It should be noted that the State filed an Amended Information the morning of Trial on March 5, 2024, further confusing the Defendant who was proceeding pro se. Although pro se litigants are not immune from rules of court or rules of procedure, they should be granted leniency and substantial leeway in litigation. Fernandez v. Barry University, Inc., 973 So. 2d 1240 (Fla. 3rd DCA 2008; Stokes v. Fla. Dept. of Corr., 948 So.2d 75 (Fla. 1st DCA 2007); Mankowski v. Dept. of Revenue ex rel. Evans, 24 So.3d 714 (Fla. 4th DCA 2009).

2.  Applying the reasonableness test as defined in Canakaris v. Canakaris, 382 So2d 1197 (Fla. 1980), there was clear abuse of discretion by this Honorable Court. It is sometimes frustrating to a Court when a Defendant, with no legal training, exercise his or her right of self-representation. In this case, the Defendant did his best despite making some mistakes, all of which were understandable under the circumstances he faced. It is respectfully suggested that the grounds stated in the Memorandum and this Addendum, especially their cumulative effect, warrant a new trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic submission to the Office of the State Attorney on this 20th day of September 2024.

<div style="margin-left: 50%;">

Respectfully Submitted,

/s/ *Daniel M. Hernandez*
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, PA
P.O. BOX 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Florida Bar # 229733
Attorney for the Defendant

</div>

Case No. 1:25-cv-00423-STV    Document 1    filed 02/07/25    USDC Colorado    pg 119
Case 2:24-cv-06213-PD    Document 1-1    Filed 11/18/24    Page 175 of 178
of 121

USDC IN/ND case 3:24-cv-00899-CCB-SJF    document 1-5    filed 11/04/24    page 29 of

Filing # 209717556 E-Filed 10/28/2024 02:15:52 PM

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA

STATE OF FLORIDA,
    Plaintiff,

CASE NO.:  21-CF-7559

V.

JOSEPH D GILBERTI JR,
    Defendant.

_____/

## ADDENDUM TO DEFENDANT'S MEMORANDUM TO HIS MOTION FOR NEW TRIAL

COMES NOW, the Defendant, JOSEPH GILBERTI, by and through his undersigned attorney, and hereby files this Addendum to his Memorandum to his Motion for New Trial and alleges:

1. The Defendant incorporates by reference all allegations and arguments submitted in his Memorandum in Support of his Motion for new trial.

2. An additional reason for the Defendant requesting a continuance of the trial has that on the morning of the trial, he was provided new discovery regarding Det. Wyche, Thomas Howze and Ed Morrell.

3. This new discovery rendered the Defendant unprepared to proceed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished via electronic submission to the Office of the State Attorney on this 28th day of October 2024.

Respectfully Submitted,

*/s/ Daniel M. Hernandez*
DANIEL M. HERNANDEZ, ESQ.
DANIEL M. HERNANDEZ, P.A.
P.O. Box 173165
Tampa, Florida 33672
info@danielmhernandezpa.com
Attorney for the Defendant

REGORY W. COLEMAN
HAIR

DN. MICHELLE T. MORLEY
CE - CHAIR

**STATE OF FLORIDA**

**JUDICIAL QUALIFICATIONS COMMISSION**

POST OFFICE BOX 14106

TALLAHASSEE, FLORIDA 32317

(850) 488-1581

BLAN L. TEAGLE
EXECUTIVE DIRECTOR

ALEXANDER J. WILLIAMS
GENERAL COUNSEL

HUGH R. BROWN
ASSISTANT GENERAL COUNSEL

September 6, 2024

Joseph D. Gilberti, P.E.
385 Donora Blvd
Ft. Myers, Fl 33931

    *Re:*   **Docket No. 24-777; Padar**

Dear Mr. Gilberti:

    The Commission has received your complaint. The Investigative Panel of the Commission meets approximately every six weeks. The Panel will evaluate your complaint to determine whether your concerns fall within the Commission's jurisdiction, and if so, whether they merit further review.

    Thank you for bringing this matter to the Commission's attention.

               Sincerely,

               Blan L. Teagle, J.D.
               Executive Director

BLT/mc

*Inquiries by the Commission are confidential pursuant to Art. V, Sec. 12(a)(4) of the Florida Constitution and Rule 23 of the*

Case No. 1:25-cv-00423-STV   Document 1   filed 02/07/25   USDC Colorado   pg 121
Case 2:24-cv-06213-PD   Document 1-1   Filed 11/18/24   Page 177 of 178
of 121

