FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 31 2025
JEFFREY P. COLWELL
CLERK

**In and for The United States District Court of Colorado**

**Joseph D Gilberti PE**, a licensed Professional Engineer in the State of Florida,

Petitioner(s),

v.

**Richard Bruce (Dick) Cheney**, et al

Defendant(s).

______________________________/

Case: **25-cv-00423**

**DEMAND FOR JURY TRIAL**

**Notice of Appeal**

Comes Now, Plaintiff, Joseph D. Gilberti, PE, pursuant to FRCP and FRAP hereby appeals to the Order of Dismissal dated on March 18, 2025 (Docket #6), and received Order in Sarasota Jail on March 27, 2025, to the US District Court of Appeals for the 10th Circuit per order of dismissal (Docket #6). This lower court, Judge Lewis T. Babcock, dismissed this case knowing of the timed terrorism events surrounding plaintiff's actions while exposing primary spring water, in select isolated various remote locations across the country and the world, with lower water bills to the tap and new medicine resources for America they dismissed this politically without a care of the health and national defense these deep underground resources provide all Americans. Also Knowing Plaintiff is illegally incarcerated and is indigent, instead of paying attention to the facts and circumstances, showing some honor for the United States citizens, and calling a US Senator or Congressman on Public Record Permits regarding a unique deep underground medicinal antioxidant aquifer with endless capacity to the tap shown on statewide permits. Conspiring against America per title 18 USC 241-242, Title 22 USC, HR 5736; conspiring to hide global geological and geotechnical engineering knowledge from Americans and humanity per Title 15 USC.

**Certificate of Service**

I hereby Certify that a copy of the Notice of Appeal was filed on March 28, 2025, at The United States District Court of Colorado Clerk of Court.

Joseph Gilberti
Joseph D Gilberti PE
Petitioner
#2024-2237
2020 Main Street, Sarasota Jail
Sarasota FL, 34237
813-470-6000
239-980-3149
Gilbertiwater@gmail.com
www.GilbertiBlueGold.com



$10.10
03/28/25
1130800440-03
PRIORITY MAIL®
0 Lb 3.00 Oz
RDC 03
EXPECTED DELIVERY DAY: 03/31/25
C044
SHIP TO:
901 19TH ST
DENVER CO 80294-2500
USPS TRACKING® #
9505 5139 3983 5087 1768 26
FROM: Joe Gilbert PE
Landtech Design Group Inc.
385 Donora Blvd
Fort Myers Beach, FL 33931
TO:
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294
PS00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2
how2recycle.info
PAPER POUCH
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.
This package is made from post-consumer waste. Please recycle - again.

UNITED STATES
POSTAL SERVICE®

PRIORITY®
MAIL

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

## TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.



