FILED  
United States Court of Appeals  
Tenth Circuit

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

April 3, 2025

Christopher M. Wolpert  
Clerk of Court

---

JOSEPH D. GILBERTI,

    Plaintiff - Appellant,

v.

RICHARD BRUCE CHENEY, et al.,

    Defendants - Appellees.

No. 25-1129  
(D.C. No. 1:25-CV-00423-LTB)  
(D. Colo.)

---

## ORDER

---

This matter is before the court following the opening of this appeal. The district court docket shows a pending "Objection to Order Dismissing Case" [DC ECF No. 8], filed within 28 days after entry of the March 18, 2025 Order of Dismissal being appealed. As a result, the March 31, 2025 notice of appeal becomes effective to appeal the Order of Dismissal once the district court enters an order disposing of the "Objection to Order Dismissing Case." *See* Fed. R. App. P. 4(a)(4)(A), (B).

Accordingly, this appeal is ABATED pending the district court's disposition of the "Objection to Order Dismissing Case." When the district court enters an order disposing of the post-judgment "Objection" [DC ECF No. 8], the clerk of the district court is directed to supplement the preliminary record in accordance with 10th Cir. R. 3.2(B).

                        Entered for the Court

                        CHRISTOPHER M. WOLPERT, Clerk